UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-12413 DPW |
| | ) |
| CITIZENS FINANCIAL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court, District of Massachusetts, defendant Citizens Financial Group, Inc. ("CFG"), by its undersigned counsel, states as follows:

Parent Corporations of CFG:
None

Publicly Held Companies Owning More Than 10% of Touchcom's Stock:
None.

LIBB/1220656.1

Citizens Mortgage Corporation is a wholly owned subsidiary of Citizens Bank of Rhode Island, a Rhode Island chartered bank.

> Respectfully submitted,
>
> CITIZENS FINANCIAL GROUP, INC.
>
> By its attorneys,
>
> _/s/ Bradford J. Smith_
> Bradford J. Smith (BBO#550325)
> Jeffrey S. Siegel (BBO# 647148)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109
> Telephone: (617) 570-1000

Dated: December 1, 2003

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney(s) of record by J. Siegel on December 1, 2003.

2

LIBB/1220656.1