UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC -8  P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ELEANOR SCALLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>Defendant. ) | Civil Action No. 03-CV-12413-dpw |

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendant Citizens Financial Group ("CFG") hereby certifies that he has conferred with counsel for Eleanor Scalli and has attempted in good faith to resolve the issue raised in Defendant's Motion to Dismiss Count III, Count IV and Count VI of Plaintiff's Complaint.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

_____
Bradford J. Smith, P.C. (BBO #550325)
Jeffrey S. Siegel (BBO #647148)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: December 8, 2003

-2-

## CERTIFICATE OF SERVICE

I, Jeffrey S. Siegel, hereby certify that on December 8, 2003 a true copy of the foregoing Local Rule 7.1 Certification was served by First Class Mail Postage Prepaid upon Mark E. Burke.

Law Offices of Mark E. Burke
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803.

_____
Jeffrey S. Siegel

LIBB/1221948.1