UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

**ELEANOR SCALLI,**
    **Plaintiff,**
v.                                                                              **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
*******************************************

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the Plaintiff, Eleanor Scalli for the above-captioned matter.

Dated: 1/8/04

Nicholas J. Di Mauro – BB0#564241
Law Offices of Nicholas J. Di Mauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801