UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI,
    Plaintiff,
v.                                         CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF, ELEANOR SCALLI'S MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, Eleanor Scalli, moves pursuant to Fed. R. Civ. P. 15(a), that this Honorable Court grant her Motion to Amend the Complaint filed on November 7, 2003. As grounds for the Plaintiff's Motion to Amend Complaint the Plaintiff states as follows:

1.    A decision to grant a motion to amend complaint is freely permitted when justice so requires and remains in the discretion of the trial judge. See Tele-Connections, Inc. v. Perception Technology Corp., No. 88-2365-S, 1990 U.S. Dist. Lexis 15507, November 5, 1990 (holding that amendment of pleadings under Rule 15(a) is freely granted). See also, Murphy v. I.S.K. Con. of New England, Inc., 409 Mass. 842, certiorari denied, 112 S. Ct. 191 (1991).

WHEREFORE, the Plaintiff, Eleanor Scalli, respectfully requests that this Honorable Court grant her Motion to Amend Complaint.

The proposed Amended Complaint is submitted herewith.

|  |  |
|---|---|
| Dated: 1/8/04 | Respectfully submitted,<br>The Plaintiff, Eleanor Scalli,<br>By her attorney,<br><br>_____<br>Mark E. Burke – BBO#556166<br>Law Office of Mark E. Burke<br>Corporate Place<br>111 South Bedford Street, Suite 208<br>Burlington, Massachusetts 01803<br>(781) 273-3801 |