## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI,**
    **Plaintiff,**
v.                                                                    **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Eleanor Scalli hereby certifies that he has conferred with counsel for Citizens Financial Group, Inc. and has attempted in good faith to resolve the issues raised in Plaintiff's Motion to Amend Complaint.

Respectfully submitted,
The Plaintiff, Eleanor Scalli,
By her attorney,

Dated: 1/8/04

Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
Corporate Place
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

**ELEANOR SCALLI,**
    **Plaintiff,**
v.                                                    **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**

*******************************************

## CERTIFICATE OF SERVICE

I, Mark E. Burke, hereby certify that on January 8, 2004 a true copy of the foregoing Local Rule 7.1 Certification was served by First Class Mail, Postage Prepaid upon Jeffrey S. Siegel at:

        Goodwin Procter LLP
        Exchange Place
        Boston, MA 02109-2881

        _____
        Mark E. Burke