UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI,
    Plaintiff,

v.                                CIVIL ACTION NO.: 03CV12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ASSENTED-TO MOTION TO ADVANCE AND CONTINUE
INITIAL SCHEDULING CONFERENCE**

Now come the parties in the above-captioned matter and respectfully requests this Honorable Court to allow their Assented-to Motion to Continue Scheduling Conference. As grounds for this Assented-to Motion, the parties, state the following:

1. An Initial Scheduling Conference is currently scheduled to be heard on January 21, 2004.

2. On said date, counsel for Ms. Scalli will be out of state.

3. The parties have agreed to continue this matter to the Court's next available date, which is March 23, 2004 at 2:30 p.m.

Based on the foregoing counsels for the parties respectfully request that this Honorable Court grant their assented-to motion to continue the scheduling conference to March 23, 2004 at 2:30 p.m.

Respectfully submitted,
The Plaintiff, Eleanor Scalli,
By her attorney,

Dated: 1/9/04

Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
Corporate Place
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

Respectfully submitted,
The Defendant, Citizen's Financial Group, Inc.
By its attorney,

Dated: 1/9/04

_____ (Jeffrey S. Siegel)
Jeffrey S. Siegel-BBO# 550325
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

**ELEANOR SCALLI,**
    **Plaintiff,**

v.                                                          **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**

*******************************************

### CERTIFICATE OF SERVICE

I, Mark E. Burke, hereby certify that on January 9, 2004 true copies of the foregoing pleadings were served by First Class Mail, Postage Prepaid upon the Defendant by causing copies of the same to be forwarded to:

                      Jeffrey S. Siegel
                      Goodwin Procter LLP
                      Exchange Place
                      Boston, MA  02109-2881

                      _____
                      Mark E. Burke