# Commonwealth of Massachusetts

SUFFOLK, ss.

FILED
IN CLERK'S OFFICE

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
2004 JAN 13 A 11: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.
No. 03-5325 E

Eleanor Scalli

, Plaintiff(s)

v.

Citizens Financial Group, Inc.

, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon   Mark E. Burke   Law Office of Mark E. Burke, 111 So. Bedford St., Suite 208, Burlington, MA 01803   , an answer to plaintiff's attorney, whose address is   the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Witness, Suzanne V. DelVecchio, Esquire**, at Boston, the _____ day of _____, in the year of our Lord two thousand _____.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.



## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on __November 12__, 200_03_, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5) by giving in hand to Erin Valcourt (white, F, 5'4"-5'8", 100-130lbs, 21-35yrs, Brw hair), Agent for Service, for Citizens Financial Group at 1 Citizens Plaza, Providence, Rhode Island in the Providenc county. The time of service 12:52PM

Dated:_____, 200___.

Deputy sheriff, Kirk W Sedgley

q

**N.B. TO PROCESS SERVER:—**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

11/12 , 20003

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No.____

_____, Plff(s).

v.

_____, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)