UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 03-CV-12413DPW |
| CITIZENS FINANCIAL GROUP, INC., | ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 40.1(J), Plaintiffs Eleanor Scalli and Robert Scalli and Defendant Citizens Financial Group, Inc. jointly move this Court to consolidate *Robert Scalli v. Citizens Financial Group, Inc.*, Civil Action No. 03-CV-12414-NG (the "*Robert Scalli* Action") with the above-captioned action. In support of this motion, the parties state as follows:

1.  Fed. R. Civ. P. 42 provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order... the actions consolidated...." "In determining whether to order consolidation, the court must first determine whether the two proceedings involve a common party and common issues of fact or law. Once this determination has been made, the court has broad discretion in weighing the costs and benefits of consolidation to decide whether that procedure is appropriate.... If those first two steps are resolved in favor of consolidation, the motion to consolidate ordinarily will be granted unless the opposing party shows 'demonstrable prejudice.'" *In re PRI Automation, Inc. Secs. Litig.*, 145 F. Supp. 2d 138, 140 (D. Mass. 2001) (citations omitted).

2. The *Robert Scalli* Action and this action are premised on common questions of law and common questions of fact. Each of the Complaints make the same allegations against the common Defendant, Citizens Financial Group, Inc. Each of the Complains alleges that Citizens Financial Group, Inc. wrongfully discharged the Plaintiffs, breached the covenant of good faith and fair dealing, committed tortious misrepresentation, violated the Massachusetts Payment of Wages Statute, committed tortious interference with advantageous and/or contractual relations, and defamed the Plaintiffs. The Complaints are based on the same set of circumstances arising out of the hiring, employment, and termination of both Mr. and Mrs. Scalli.

3. Further, the defamation allegations contained in both the *Robert Scalli* Action and this action are premised on the same alleged communication (that the plaintiffs were "indicted for bank fraud") by the same Citizens employee (Victoria Noel) and published to the same persons (Javier Pico and Danielle Felice).

4. The proof and defense of both Mr. and Mrs. Scalli's claims are likely to involve many of the same witnesses.

5. Local Rule 40.1(J) provides that a "motion for consolidation for two…cases shall be made in the case first filed with this court." The above-captioned action was filed with this Court before the *Robert Scalli* Action. Accordingly, this Motion is properly before this Court.

6. Consolidation of these actions will promote judicial economy and fairness, serve the convenience of the parties and witnesses, and promote consistency of judicial decisions.

WHEREFORE, the parties to this and the *Robert Scalli* Action respectfully request that this Court consolidate the *Robert Scalli* Action (Civil Action No. 03-CV-12414NG) with the above-captioned matter and that the cases be heard before this Court.

Respectfully submitted,

| ELEANOR SCALLI | CITIZENS FINANCIAL GROUP, INC. |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Mark Burke | /s/ |
| Mark E. Burke (BBO #556166) | Bradford J. Smith, P.C. (BBO #550325) |
| Law Office of Mark E. Burke | Jeffrey S. Siegel (BBO #647148) |
| Corporate Place | GOODWIN PROCTER LLP |
| 111 South Bedford Street, Suite 208 | Exchange Place |
| Burlington, MA 01803 | Boston, MA 02109-2881 |
| (781) 273-3801 | 617.570.1000 |

ROBERT SCALLI

By his attorney,

/s/ Nicholas DiMauro

Nicholas J. DiMauro (BBO #564241)
Law Office of Nicholas J. DiMauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803
(781) 273-3801

Dated: January ___, 2004

## CERTIFICATE OF SERVICE

I, Jeffrey S. Siegel, hereby certify that on January 22, 2004 a true copy of the foregoing was served by First Class Mail Postage Prepaid upon counsel of record, Mark E. Burke and Nicholas J. DiMauro to

Law Offices of Mark E. Burke
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803

Law Offices of Nicholas J. DiMauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803.

_____
Jeffrey S. Siegel