UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI.,
    Plaintiff

v.

CITIZENS FINANCIAL GROUP, INC.,
   Defendant

CIVIL ACTION NO. 03-12413-DPW
(LEAD CASE)

---------------------------------------------

ROBERT SCALLI.,
    Plaintiff

v.

CITIZENS FINANCIAL GROUP, INC.,
   Defendant

CIVIL ACTION NO. 03-12414-DPW

## ORDER FOR REASSIGNMENT AND CONSOLIDATION

WOODLOCK, D.J.

    It is hereby ORDERED that the Joint Motion to Consolidate, filed in C.A. 03-12413-DPW (#15) is hereby Allowed, for the reasons set forth in the motion.

    Accordingly, it is hereby ORDERED that C.A. 03-12414-NG shall be RE-ASSIGNED from Judge Gertner to Judge Woodlock.

    It is FURTHER ORDERED, that Civil Action No. 03-12413-DPW and Civil Action No. 03-12414-NG (now DPW) be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 03-12413-DPW, and shall only be filed in Civil Action No. 03-12413-DPW. Civil Action 03-12414-DPW shall be terminated from the docket as a pending case, in view of this Order for Consolidation.

    The scheduling conference/motion hearing previously set for **March 23, 2004 at 2:30 p.m.** shall remain in effect, with respect both of the above captioned cases.

                                       By the Court,

                                       /s/ Rebecca Greenberg
DATED: January 26, 2004                 Deputy Clerk