UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## LOCAL RULE 16.1(D) JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and this Court's December 3, 2003 Order, Plaintiffs Eleanor Scalli and Robert Scalli ("Plaintiffs") and Defendant Citizens Financial Group, Inc. ("Defendant") (collectively "the Parties") hereby submit the following Local Rule 16.1(D) Joint Statement.

### AGENDA FOR SCHEDULING CONFERENCE

The Parties do not have any specific issues to discuss at the scheduling conference.

### PROPOSED SCHEDULE

**A.   Proposed Discovery Schedule**

The Parties propose the following schedule for completion of discovery:

1. Interrogatories and Requests for Documents must be served by July 1, 2004.
2. Depositions must be completed by November 15, 2004.
3. Requests for Admissions must be served by November 22, 2004.
4. The parties will identify any expert witnesses who may testify on their behalf at trial and will provide expert disclosures pursuant to Rule 26(a)(2), by November 22, 2004.

5. The parties will identify any rebuttal expert witnesses who may testify on their behalf at trial and will provide expert disclosures pursuant to Rule 26(a)(2) no later than December 1, 2004.

6. Expert depositions shall be completed by December 15, 2004.

**B.  Proposed Schedule for Filing of Motions**

1. Dispositive motions shall be filed by January 10, 2004.

2. Opposition to dispositive motions shall be filed by February 10, 2005.

3. Reply briefs shall be filed by February 25, 2005.

4. Sur-replies shall be filed by March 11, 2005.

5. The final pre-trial conference will be scheduled after resolution of dispositive motions.

## LOCAL RULE 16.1(D) CERTIFICATIONS

Certifications required under Local Rule 16(D)(3) will be filed under separate cover, with copies being sent to the Parties.

LIBB/1239939.1

## TRIAL BY MAGISTRATE

The Defendant will not agree to trial by magistrate judge.

| | |
|---|---|
| ELEANOR SCALLI | CITIZENS FINANCIAL GROUP, INC. |
| *Mark Burke/JSS* | *[signature]* |
| Mark E. Burke (BBO 556166) | Bradford J. Smith (BBO 550325) |
| Law Offices of Mark Burke | Jeffrey S. Siegel (BBO 647148) |
| 111 South Bedford Street, Suite 208 | Goodwin Procter LLP |
| Burlington, MA 01803 | Exchange Place |
| (781) 273-3801 | Boston, Massachusetts 02109-2881 |
| | (617) 570-1000 |

ROBERT SCALLI

*Nicholas D. Mauro/JSS*
Nicholas J. DiMauro (BBO 564241)
Law Offices of Nicholas DiMauro
111 South Bedford Street, Suite 208
Burlington, MA 01803
(781) 273-3801

Dated:   March 17, 2004