UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court, District of Massachusetts, counsel for Citizens Financial Group, Inc. ("Citizens") hereby confirm that they have conferred regarding establishing a budget for the costs of conducting the full course – and various alternative courses - of litigation. Counsel have also conferred with Citizens regarding the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

_____
Bradford J. Smith (BBO 550325)
Jeffrey S. Siegel (BBO 647148)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

_____
Sandra Pearlman
Vice President,
Counsel for Human Resources

Dated:   March 18, 2004

LIBB/1241273.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 03-CV-12413-DPW |
| ) | |
| CITIZENS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2004 a true copy of the foregoing Local Rule 16.1(D)(3) Certification was served by first class mail, postage prepaid upon :

Mark E. Burke, Esq.
Law Office of Mark E. Burke
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803

Nicholas J. DiMauro
Law Offices of Nicholas J. DiMauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803

_____
Bradford J. Smith, P.C.

LIBB/1241789.1

# GOODWIN | PROCTER

Jeffrey S. Siegel
617.570.1113
jsiegel@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

March 18, 2004

**By Hand**

United States District Court
Office of the Clerk
United States Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: **Eleanor Scalli and Robert Scalli v. Citizens Financial Group, Inc.
Civil Action No. 03-CV-12413DPW**

Dear Sir or Madam:

I am enclosing Local Rule 16.1(D)(3) Certification with respect to the above-referened matter.

Please acknowledge receipt of the foregoing document by date stamping a copy of this letter and returning it to our courier. Thank you for your assistance in this matter.

Very truly yours,

Jeffrey S. Siegel

JSS/mah
Enclosures

cc:  Bradford J. Smith, P.C.
     Mark E. Burke, Esq.
     Nicholas D. Mauro, Esq.

LIBB/1241289.1