UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI and
ROBERT SCALLI,
    Plaintiffs,
v.

CIVIL ACTION NO.: 03CV-12413-DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 16.1(D) (3) CERTIFICATION

Counsel has conferred with the Plaintiffs, Eleanor and Robert Scalli, in order to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Loc. R. 16.4 as well as a view to establishing a budget for the costs of conducting the litigation through trial.

Respectfully submitted,
The Plaintiff, Eleanor Scalli

_____
Mark E. Burke - BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

_____
Eleanor Scalli

Respectfully submitted,
The Plaintiff, Robert Scalli

_____
Nicholas J. Di Mauro - BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

_____
Robert Scalli