## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
     **Plaintiffs,**

**v.**                              **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
     **Defendant.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ASSENTED-TO MOTION TO AMEND SCHEDULING ORDER

The parties to the above referenced matter hereby move that this Honorable Court grant an extension to the discovery deadline, and all other deadlines in the scheduling order, pursuant to Federal Rules of Civil Procedure and Local Rule 16.1(F).

As reasons therefore, the Plaintiffs state as follows:

1.      The discovery deadline in this matter was November 22, 2004.

2.      In order to allow the parties to complete depositions and other discovery in the above-referenced case, it is necessary to extend the discovery deadline.

3.      The case involves complex issues of proof and has required extensive discovery.

4.      Due to scheduling difficulties, it has been difficult to complete all such discovery and depositions within the existing deadline.

5.      Accordingly, the parties request that the scheduling order be extended as follows:

|  | Current Scheduling Order Deadline | Extended Scheduling Order Deadline |
|---|---|---|
| All discovery completed by: | 11-22-04 | 01-31-05 |
| All motions for summary judgment filed by: | 02-10-05 | 03-11-05 |
| Scheduling/Status Conference | 03-08-05 (2:30 P.M.) | 04-15-05 (2:30 P.M.) |
| Status Report | 03/01/05 | 04-29-05 |

WHEREFORE, the parties hereby request extending the scheduling order

pursuant to Scheduling Order.

Respectfully submitted,
The Plaintiffs,                                      The Defendant,
Eleanor Scalli and Robert Scalli          Citizens Financial Group, Inc.
By their attorneys,                               By its attorney,


/s Mark E. Burke                                /s Jeffrey S. Siegel

_____          _____
Mark E. Burke – BBO#556166            Jeffrey S. Siegel - BBO#647148
Law Office of Mark E. Burke             Goodwin Procter, LLP
111 South Bedford Street, Suite 208   Exchange Place
Burlington, Massachusetts 01803        Boston, MA  02109
(781) 273-3801                                  617-570-1113


/s Nicholas J. Di Mauro

_____
Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801