UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI, ROBERT SCALLI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITIZENS FINANCIAL GROUP, INC., | ) ) ) |
| Defendant. | ) |

Civil Action No. 03-CV-12413DPW

**Notice of Withdrawal of Appearance**

Please withdraw the appearance of Jeffrey S. Siegel, Esq. of Goodwin Procter LLP on behalf of the defendant Qwest Communications Corporation. The defendant will continue to be represented by Bradford J. Smith, P.C. and Anne Gaeta and of Goodwin Procter LLP.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

_____
Bradford J. Smith, P.C. (BBO #550325)
Anne Gaeta (BBO #643299)
Jeffrey S. Siegel (BBO #647148)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: December 23, 2004

LIBB/1310854.1

## CERTIFICATE OF SERVICE

I, Jeffrey S. Siegel, hereby certify that on December 23, 2004 a true copy of the foregoing was served by first class mail upon

Mark E. Burke and Nicholas DiMauro
Law Offices of Mark E. Burke
Law Offices of Nicholas DiMauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803.

_____
Jeffrey S. Siegel