<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

</div>

| | |
|---|---|
| ELEANOR SCALLI, <br> ROBERT SCALLI, <br><br>         Plaintiffs, <br><br> v. <br><br> CITIZENS FINANCIAL GROUP, INC., <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 03-CV-12413DPW <br> ) <br> ) <br> ) <br> ) |

**Notice of Entry of Appearance**

Kindly enter the apperance of Anne M. Gaeta of Goodwin Procter LLP as counsel for the Defendant in the above-captioned matter. The Defendant also shall continue to be represented by Bradford J. Smith, P.C. of Goodwin Procter LLP.

<div style="margin-left: 50%">

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

_/s/ Bradford J. Smith_
Bradford J. Smith, P.C. (BBO #550325)
Anne Gaeta (BBO #643299)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

</div>

Dated: December 23, 2004

LIBB/1310865.1

## CERTIFICATE OF SERVICE

I, Jeffrey S. Siegel, hereby certify that on December 23, 2004 a true copy of the foregoing was served by first class mail upon

Mark E. Burke and Nicholas DiMauro
Law Offices of Mark E. Burke
Law Offices of Nicholas DiMauro
Corporate Place
111 South Bedford Street, Suite 208
Burlington, MA 01803.

_____
Jeffrey S. Siegel