UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## PARTIES' JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties hereby jointly move to amend the Scheduling Order in the above matter by eight weeks. As grounds for this motion, the parties state that:

1. On March 23, 2004, the Court issued a Scheduling Order that set a deadline for completing discovery by November 22, 2004.

2. On October 26, 2004, the Court granted the parties' first motion for extension of time setting a deadline for completing discovery by January 31, 2005.

3. Additional time is needed to conduct depositions and complete discovery.

4. The parties have exchanged written discovery (including approximately 2,452 documents produced by Defendant to Plaintiffs) and Plaintiffs have commenced Defendant's 30(b)(6) designee's deposition.

5. Recently, Plaintiffs supplemented their interrogatory responses to disclose additional information concerning potential witnesses. Plaintiffs' supplemental interrogatories may lead to Defendant taking additional deposition.

6. Several of the key witnesses in this matter are no longer employed by Defendant and now reside out of state.

7. This matter involves two Plaintiffs with, to a certain extent, distinct claims. Accordingly, additional time is necessary to complete discovery in this matter.

LIBB/1312941.1

8. Therefore, the parties respectfully request that the current Scheduling Order be modified as follows:

(A) All discovery to be completed by March 31, 2005. (The current deadline is January 31, 2005.)

(B) Dispositive motions to be filed by May 13, 2005. (The current deadline is March 11, 2005.)

(C) Status Conference at the Court's convenience. (Currently, the Conference is scheduled for April 12, 2005).

WHEREFORE, the parties respectfully request that this Court enter an order modifying the Scheduling Order deadlines for the completion of discovery and depositions, the filing of dispositive motions and the status conference, pursuant to the time table set forth in paragraph 8 above.

| | |
|---|---|
| Respectfully submitted,<br>ELEANOR SCALLI and<br>ROBERT SCALLI | Respectfully submitted,<br>CITIZENS FINANCIAL GROUP, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Mark E. Burke<br>Mark E. Burke (BBO 556166)<br>Law Offices of Mark Burke<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | /s/ Anne M. Gaeta<br>Bradford J. Smith (BBO 550325)<br>Anne M. Gaeta (BBO 643299)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109-2881<br>(617) 570-1000 |
| /s/ Nicholas J. DiMauro<br>Nicholas J. DiMauro (BBO 564241)<br>Law Offices of Nicholas DiMauro<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | |

Dated: January 5, 2005

2