UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## ASSENTED-TO MOTION TO AMEND SCHEDULING ORDER

The parties to the above-referenced matter hereby move that this Honorable Court grant an extension to the discovery deadline, and all other deadlines in the scheduling order, pursuant to Federal Rules of Civil Procedure and Local Rule 16.1(F).

As reasons therefore, the Plaintiffs state as follows:

1. On January 7, 2005, the Court granted the parties' motion for extension of time setting a deadline for completing discovery by March 31, 2005.

2. Additional time is needed to conduct depositions and complete discovery.

3. The parties have exchanged voluminous written discovery.

4. To date, the parties have deposed four (4) witnesses and have identified in the course of said depositions three additional witnesses that must be deposed.

5. Presently, the deposition of the Rule 30(b)(6) deponent, Joyce Hicks, has been completed, however, Robert Scalli, Eleanor Scalli and their supervisor, Bard Conn, will each require additional time to complete their respective depositions.

6. Based on testimony provided during the depositions of Robert Scalli, Eleanor Scalli, Bard Conn and Joyce Hicks the parties will require additional time to supplement the request for production of documents and interrogatories produced to date.

LIBB/1327556.1

7. The parties are cooperating to complete discovery in an efficient and reasonable manner given the extent to which new witnesses and/or documents have been identified.

8. Therefore, the parties respectfully request that current scheduling orders be modified as follows:

    A) All Discovery to be completed by April 30, 2005 (The current deadline is March 31, 2005).

    B) Dispositive motions to be filed by July 15, 2005 (The current deadline is May 13, 2005).

    C) Status conference at court's convenience.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiffs,<br>ELEANOR SCALLI and<br>ROBERT SCALLI | Respectfully submitted,<br>The Defendant,<br>CITIZENS FINANCIAL GROUP, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Mark E. Burke<br>Mark E. Burke (BBO #556166)<br>Law Offices of Mark Burke<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | /s/ Anne M. Gaeta<br>Bradford J. Smith (BBO #550325)<br>Anne M. Gaeta (BBO #643299)<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, Massachusetts 02109-2881<br>(617) 570-1000 |
| /s/ Nicholas J. DiMauro<br>Nicholas J. DiMauro (BBO #564241)<br>Law Offices of Nicholas DiMauro<br>111 South Bedford Street, Suite 208<br>Burlington, MA 01803<br>(781) 273-3801 | |

Dated: March 9, 2005