`UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Citizens Financial Group, Inc. moves for summary judgment on all counts of Plaintiffs' Complaint in this matter. As grounds for this motion, Defendant submits herewith a Local Rule 56.1 Statement of Undisputed Material Facts and a Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Defendant requests oral argument on this Motion pursuant to Local Rule 7.1(D).

    Respectfully submitted,

    CITIZENS FINANCIAL GROUP, INC.

    By its attorneys,

    /s/ Anne M. Gaeta
    Bradford J. Smith (BBO No. 550325)
    Anne M. Gaeta (BBO No. 643299)
    Goodwin Procter LLP
    Exchange Place
    Boston, Massachusetts 02109-2881
    (617) 570-1000

Dated: July 15, 2005

LIBB/1349126.1

LOCAL RULE 7.1(A)(2) CERTIFICATE

      Pursuant to Local Rule 7.1(A)(2), I, Anne M. Gaeta, counsel for Defendant, hereby certify that on July 14, 2005, I conferred with Plaintiffs' counsel in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

                                            /s/ Anne M. Gaeta
                                            Anne M. Gaeta

Dated: July 15, 2005