## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI, <br><br> Plaintiffs, <br><br> v. <br><br> CITIZENS FINANCIAL GROUP, INC., <br><br> Defendant. | Civil Action No. 03-12413-DPW |

## DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE
## TO FILE BRIEF IN EXCESS OF 20 PAGES

Defendant Citizens Financial Group, Inc. ("Defendant") respectfully request leave pursuant to Local Rule 7.1(b)(4) to file a Memorandum in Support of Defendant's Motion for Summary Judgment that exceeds twenty pages (submitted herewith).  The brief is 22 pages long.

The additional pages are necessary because this case involves two separate Plaintiffs with six separate causes of action.

WHEREFORE, Defendant respectfully request that this Court grant their assented-to

LIBB/1358941.1

motion to file a 22 page Memorandum in Support of Defendant's Motion for Summary Judgment.

                    Respectfully submitted,

                    CITIZENS FINANCIAL GROUP, INC.

                    By its attorneys,

                    /s/ Anne M. Gaeta
                    Bradford J. Smith (BBO No. 550325)
                    Anne M. Gaeta (BBO No. 643299)
                    Goodwin Procter LLP
                    Exchange Place
                    Boston, Massachusetts 02109-2881
                    (617) 570-1000

Dated: July 15, 2005

## LOCAL RULE 7.1 CERTIFICATION

     Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendant has spoken to counsel for Plaintiffs and Plaintiffs have assented to this motion.

                    /s/ Anne M. Gaeta
                    Anne M. Gaeta