UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI, Plaintiffs, v. CITIZENS FINANCIAL GROUP, INC., Defendant. | Civil Action No. 03-12413-DPW |

## AFFIDAVIT OF ANNE M. GAETA

I, Anne M. Gaeta, hereby depose and state:

1. I am an attorney at Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109.  I represent the Defendant Citizens Financial Group, Inc., in this action.  I make this affidavit in support of the Defendant's Motion for Summary Judgment.

2. I hereby certify that the deposition excerpts and exhibits cited in Defendant's Memorandum in Support of its Motion for Summary Judgment and Defendant's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment and submitted herewith in the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are true and accurate copies of these excerpts and exhibits.

3. Submitted herewith as Exhibit 1 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Eleanor Scalli.

LIBB/1355021.2

4. Submitted herewith as Exhibit 2 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Robert Scalli.

5. Submitted herewith as Exhibit 3 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Joyce Hicks.

6. Submitted herewith as Exhibit 4 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts from the deposition of Barden Conn.

7. Submitted herewith as Exhibit 5 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts from the deposition of Michael Diranian.

8. Submitted herewith as Exhibit 6 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Tara Tribelli-Gallone.

9. Submitted herewith as Exhibit 7 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Elizabeth Walsh.

10. Submitted herewith as Exhibit 8 to the Appendix to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts from the deposition of Steven Roussel.

11. I hereby certify that the complaints for non-payment of wages dated December 9, 2003 and submitted herewith as Exhibit 9 to the Appendix to Defendant's Statement of

2

Undisputed Material Facts in Support of its Motion for Summary Judgment are true and accurate copies of these complaints as I received them from the Massachusetts Office of the Attorney General.

Signed under the penalties of perjury, this 15th day of July, 2005.

/s/ Anne M. Gaeta
Anne M. Gaeta