UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

Civil Action No. 03-12413-DPW

**APPENDIX TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Appendix Exhibit No. | Description |
|---|---|
| 1. | Excerpts and exhibits from the deposition of Eleanor Scalli |
| 2. | Excerpts and exhibits from the deposition of Robert Scalli |
| 3. | Excerpts and exhibits from the deposition of Joyce Hicks |
| 4. | Excerpts from the deposition of Barden Conn |
| 5. | Excerpts from the deposition of Michael Diranian |
| 6. | Excerpts and exhibits from the deposition of Tara Tribelli-Gallone |
| 7. | Excerpts and exhibits from the deposition of Elizabeth Walsh |
| 8. | Excerpts from the deposition of Steven Roussel |
| 9. | The complaints for non-payment of wages dated December 9, 2003 |
| 10. | Affidavit of Joyce A. Hicks |
| 11. | Affidavit of Debra A. Poirier Cornish |
| 12. | Affidavit of Danielle Felice |
| 13. | Compendium of Unpublished Legal Citations |

LIBB/1358393.2