# EXHIBIT 6

```
                                    VOLUME I
                                    PAGES 1-179
                                    EXHIBITS 1-10


         UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS

           C.A. NO. 03CV-12413DPW
```

_____)
                                   )
ELEANOR SCALLI and ROBERT SCALLI,  )
                                   )
           Plaintiffs,             )
                                   )
     vs.                           )
                                   )
CITIZENS FINANCIAL GROUP, INC.,    )
                                   )
           Defendant.              )
_____)

     DEPOSITION OF TARA TRIBELLI-GALLONE, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Deborah S. Gutierrez, a Registered Professional Reporter, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of Mark E. Burke, 111 South Bedford Street, Burlington, Massachusetts, on Wednesday, April 20, 2005, commencing at 10:00 a.m.

- - - - -

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 State Street, 8th Floor
Boston, MA  02109
TEL:  617.723.7321  /  FAX:  617.723.7322

DEPOSITION OF TARA GALLONE

2

```
 1    APPEARANCES:

 2

      ON BEHALF OF ELEANOR SCALLI:
 3
      MARK E. BURKE, ESQUIRE
 4    111 South Bedford Street
      Burlington, Massachusetts   01803
 5    (781) 273-3801

 6

      ON BEHALF OF ROBERT SCALLI:
 7
      NICHOLAS J. DiMAURO, ESQUIRE
 8    111 South Bedford Street
      Burlington, Massachusetts   01803
 9    (781) 273-3801

10
      ON BEHALF OF THE DEFENDANT:
11
      ANNE M. GAETA, ESQUIRE
12    Goodwin Procter
      Exchange Place
13    Boston, Massachusetts   02109
      (617) 570-1000
14

15

16

17

18

19

20

21

22

23

24
```

DEPOSITION OF TARA GALLONE

# I N D E X

| WITNESS | PAGE |
|---|---|
| Tara Tribelli-Gallone | |
|     Examination by Mr. DiMauro | 4 |
|     Examination by Mr. Burke | 104 |

# E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Offer letter | 33 |
| 2 | Employment profile change form | 40 |
| 3 | New hire information form | 44 |
| 4 | Employee data change form | 64 |
| 5 | Facsimile cover page | 87 |
| 6 | New hire checklist | 115 |
| 7 | Letter, dated 2/21/01 | 155 |
| 8 | Offer letter | 157 |
| 9 | New hire information sheet | 167 |
| 10 | Computer screen shot, one page | 171 |

```
 1              from?
 2      A    It's not indicated on the offer letter.
 3           But may I explain --
 4      Q    Yes.
 5      A    -- where that comes from?
 6      Q    Go right ahead.
 7      A    The 65,000 is -- we needed to enter
 8           this into the system in order for him
 9           to receive his sign-on bonus, the
10           15,000.  That's where that came from.
11      Q    Okay.  So let me ask you a question
12           again.  And let's start from the top of
13           the document down.
14                    Where did the -- where did
15           the first -- the personal information
16           on the new hire document, where did
17           that information come from?  Where did
18           you get that information?
19      A    His application.
20      Q    Okay.  Employment information.  Next
21           line down, employment information.
22      A    Okay.
23      Q    Where did you get that information to
24           input it onto this document?
```

```
 1           answer it.
 2      A    I don't -- I really -- I can't answer
 3           that.
 4      Q    Okay.
 5      A    I don't --
 6      Q    Where did you get the information under
 7           pay rate slash salary 65,000?  Where
 8           did you get that information?
 9      A    This information came from the offer
10           letter.
11      Q    Okay.  Ma'am, let's back up.  Show me
12           in the offer letter, please take a
13           minute and show me where the offer
14           letter indicates pay rate salary
15           65,000.
16      A    Okay.  It says here 15,000 dollar
17           bonus.  In order for the system to
18           generate his 15,000 dollar bonus, we
19           had to input that 65,000 as a yearly
20           base.  Okay?
21      Q    Okay.
22      A    Okay.
23      Q    Let ask the question again.  Is there
24           any -- you can answer yes or no.
```

DEPOSITION OF TARA GALLONE

1   Is there anywhere on that
2   document, when I say that document I'm
3   referring to the offer letter, where it
4   indicates $65,000 pay rate salary?
5           MS. GAETA:  Objection.
6   She's already answered.  It's not a yes
7   or no question.
8  A   I've explained where that comes from.
9  Q   Okay.  Ma'am, I'm not asking for an
10     explanation.  I'm asking, can you
11     identify anywhere on that document, the
12     offer letter document, where it
13     indicates pay rate salary 65,000?
14           Is it on the document?
15 A   It does not read $65,000.
16 Q   Okay.
17 A   But there's —
18           MS. GAETA:  — she explain.
19 A   I'd like to explain.
20 Q   Go ahead.
21 A   The $65,000 comes from the forgivable
22     draw, the bonus of 2500.  Okay?  That's
23     paid out six pay periods.  In order for
24     Robert to receive his bonus, we had to

```
 1              put the 65,000 in here for the system
 2              to generate his bonus.
 3                      And I believe, you know,
 4              Eleanor, Eleanor Scalli has the same
 5              65,000 on her document as well.  That's
 6              in order for the bonus to get paid out.
 7              This is an internal document that we
 8              use for the system.
 9      Q       All right.  And —
10      A       So --
11      Q       -- under pay rate salary is there
12              anywhere in that line that mentions
13              bonus?
14      A       It's actually listed under comments,
15              special instructions.
16      Q       Okay.  I'm looking at compensation
17              information.
18      A       Right.
19      Q       Okay.  What does the line say with
20              respect to pay rate salary?
21      A       I don't understand your question.
22      Q       What is the amount of money next to pay
23              rate salary?
24      A       65,000.
```

```
 1            when the person is not receiving a
 2            salary?
 3     A      For Citizens Mortgage, yes.
 4     Q      Okay.
 5     A      That's how we had to do it in order for
 6            the system to pay out the bonus.
 7     Q      All right.  And can you show me where
 8            in that same section it indicates to
 9            Robert Scalli that he's not receiving a
10            salary?
11     A      This is an internal document that is
12            for the system, for HR use only.  This
13            is Robert Scalli's offer letter.  And
14            this is what he — Robert shouldn't be
15            seeing this.  This is an internal
16            document for HR only.  This is his
17            offer.
18     Q      But we are now seeing it, ma'am.  So
19            can you show me where on this
20            compensation information, if anywhere,
21            during — anywhere in that block that
22            says that Robert Scalli is receiving a
23            commission?
24     A      I'm sorry, which block?  In here?
```

Ex. 3
Gallone

# CITIZENS BANK — NEW HIRE INFORMATION

Company C890-CMC    State in Which Employee is Working: MA

**PERSONAL INFORMATION:**
Has this person ever been employed by Citizens before? No   If yes, provide previous data of employment in sections marked *

Date of Hire: 3/5/01    Social Security Number: 011581594
Name - First: Robert    Middle: S.    Last: Scalli    Suffix: (none)
Home Address:    Street 1: 233 Main Street 7    Street 2:
    City: Winthrop    State: MA    Zip: 02152
    Home Telephone: 617-539-1668
Date of Birth: 5/10/62    Gender: Male    Marital Status: Married
Ethnicity: White    VETS-100: Not a Veteran    Disabled ☐
* Original Hire Date: 00/00/2000    * Seniority Calc Date: 00/00/2000

**EMPLOYMENT INFORMATION:**
Category: Full time    Status: Active    Employee Type: Commission
E-Number/Access ID: E521250    Acquisition Code: (none)    Acquisition Date: 00/00/2000

**JOB INFORMATION:**
Job Code: 2549 6444    Job Title: Sr. Loan Originator    Job Title Date: 03/05/01
Grade: 0    Bank Title: (none)    Bank Title Date:
Department Number: 2603540    Department Name: CMC-Woburn    Department Date:
Mail Code: MWB220    Work Phone:

7

**COMPENSATION INFORMATION:**
Shift: 1st Shift    Shift Differential Percent:
Pay Cycle: Biweekly    Pay Type: Salary
Pay Rate/Salary: 65,000    Next Salary Date: 04/01/02
Weekly Scheduled Hours: 40    Hours Per Pay Period: 80

RECEIVED MAR 7 2001

**PAYROLL INFORMATION:**
Max Vacation Allowance: 15 days  0    Max Sick Allowance: 0    Next Perf Review Date: 04/01/02

**EMERGENCY CONTACT INFORMATION:**
Contact Name: Mark San    Relationship: Friend
Home Phone: 617-539-9061    Work Phone: 617-846-6226

**COMMENTS/SPECIAL INSTRUCTIONS:**
Mgr. Mike Diranian. Car allowance: $139.00 bi-weekly. Forgivable draw of $2,500 until 5/25/01. ~~Unforgivable draw starts on 5/20/01~~. Charged to paycode 1S.

Prepared by: Tars Tribelli    Approved by: Joyce Hicks    Date: 03/01/01

Signature: Joyce Hicks    Signature: _____

For Internal Use:  Clu 3-8-01

C 00034