# EXHIBIT 9

Robert Scalli
233 Main Street
Winthrop, MA 02152



RECEIVED
DEC 09 2003
OFFICE OF THE ATTORNEY GENERAL
FAIR LABOR AND BUSINESS PRACTICES DIV.

December 9, 2003

**<u>HAND DELIVER</u>**

Commonwealth of Massachusetts
**Office** of the Attorney General
200 Portland Street
Boston, MA 02114

RE:    <u>Non-Payment</u> of Wage Complaint

Dear Sir or Madam:

Enclosed please find my Complaint for non-payment of wages.

Would you kindly provide your assent in writing so that I may prosecute a civil action in my own name.

Thank you for your attention to this matter.

Very truly yours,

Robert Scalli

/RS
enclosure



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
**200 Portland Street**
**Boston, MA 02114**

TOM REILLY
ATTORNEY GENERAL

617)727-2200

## Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

**Name:** Robert Scalli                    **Soc. Sec. #** ███████

**Address:** 233 Main Street

**City:** Winthrop          **State:** MA    **Zip:** 0

Date of Birth:_____ Work **Phone:** 617 - 539. 0600 **Home** Phone: 617-339-1.409

What type of work did you **perform:** loan coordinator

**EMPLOYER INFORMATION:** (complaint will not be accepted unless this section is completed.)

**Company Name:** Citizens Bank/Citizens Financial Group, Inc.

**Address:** One Citizens Plaza

**City:** Providence          **State:** RI    **Zip:** 02903

**Phone:** 401-456-7000 Total number of employees in company: unknown

**President/Owner** Name: unknown          **Title:** unknown

**Local** Manager Name: Bard Conn, V.P. Sales

Town where work was **performed:** Metropolitan Boston

**WAGE/BENEFIT INFORMATION:**

Date of Hire: 2.22.01    Were you **discharged?** yes    Date of discharge: 3/5/03

**Did** you leave?_____ Date:_____ Reason for leaving:_____

If you left, did you make a personal demand for this money? yes

**If yes,** what was the response of the employer; rejection

Rate of Pay: $_____ per **(hour/week):**_____ Unpaid Wages:_____

**What dates did you work for the money which you claim you are owed:**

**From** _2 / 22/ 03_ **to** _3 /05 / 03_ **Total amount owed: $** _50,000.00_

**Have you signed a contract as a consultant or independent contractor?** _no_

**Do you have an attorney representing you in this matter? yes**_____

**Have you taken any other action against your employer in this matter?** _yes_

**If yes, please explain:**
__Complaint (Superior Court Department)_____

**Are you wiling to fully cooperate with the Attorney General's Office, which may include appearing in court?** _yes_

**EXPLAIN IN DETAIL the facts relating to why you were not paid or why you are filing this complaint.** **if your complaint involves vacation pay, briefly explain how you earned vacation time (e.g. one week per year, one week after one year, monthly accrual, etc.)**

Citizens Bank failed to pay commissions, wages and benefits.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS IS A TRUE STATEMENT OF THE FACTS RELATING TO MY COMPLAINT.**

**Signature:** _____  _ **Date:** Dec 9 2003

**Print  Name:** Robert SScall _____

Please attach **copies** of any supporting information (e.g. pay **stubs,** employment policy, **etc...).**  Important: send only **copies,** save the originals for your records.

Eleanor Scalli
233 Main Street
Winthrop, MA 02152



December 9, 2003

**HAND DELIVER**

Commonwealth of Massachusetts
Office of the Attorney General
200 Portland Street
Boston, MA 02114

RE:      Non-Payment of Wage Complaint

Dear Sir or Madam:

  Enclosed please find my Complaint for non-payment of wages.

  Would you kindly provide your assent in writing so that I may prosecute a civil action in my own name.

  Thank you for your attention to this matter.

Very truly yours,

*Eleanor Scalli*

Eleanor Scalli

/ES
enclosure



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
200 Portland **Street**
Boston, MA 02114

TOM REILLY
ATTORNEY GENERAL

61 7)727-2200

## Non-Payment of Wage Complaint Form

### EMPLOYEE INFORMATION:

**Name:** Eleanor Scalli     **Soc. Sec. #** ███████

**Address:** 233 Main Street

**City:** Winthrop     **State:** MA   **Zip:** 02152

**Date of Birth:** _____ **Work Phone:** 617 539 0600   **Home Phone:** 617-539-1409

**What type of work did you perform:** loan coordinator

EMPLOYER INFORMATION: (complaint will not be accepted unless this section is completed.)

**Company Name:** Citizens Bank/Citizens Financial Group, Inc.

**Address:** _____, One Citizens Plaza

**City:** Providence     RI     02903

Phone: 401-456-7000 **Total number of employees in company:** unknown

**President/Owner Name:** unknown     **Title:** unknown

**Local Manager Name:** Bard Conn, Vice President Sales

**Town where work was performed:** Metropolitan Boston

### WAGE/BENEFIT INFORMATION:

Date of Hire: **2/22/01**   **Were you discharged?** yes     Date of **discharge:** 2/4/03

Did you leave?_____Date:_____Reason for leaving:_____

If you left, did you make a personal demand for this money? yes

If yes, what was the response of the employer: rejection

Rate of Pay: $_____per (hour/week):_____Unpaid Wages: _____

**What dates did you work for the money which you claim you are owed:**
commissions and related benefits (Feb. 2003)
**From** ———/___/___ **to** ___/___/___ **Total amount owed:** $ 53.000.00 (approx.)

**Have you signed a contract as a consultant or independent contractor?**    no_____

**Do you have an attorney representing you in this matter?**  yes_____

**Have you taken any other action against your employer in this matter?**    yes

**If yes, please explain:**
___Complaint (Superior Court Dept.) _____

**Are you wiling to fully cooperate with the Attorney General's Office, which may include appearing in court?** __yes___

**EXPLAIN IN DETAIL the facts relating to why you were not paid or why you are filing this complaint. If your complaint involves vacation pay, briefly explain how you earned vacation time (e.g. one week per year, one week after one year, monthly accrual, etc.)**

The Citizens Bank failed to pay commissions, wages and benefits

relative to my position as loan origination coordinator.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS IS A TRUE STATEMENT OF THE FACTS RELATING TO MY COMPLAINT.**

**Signature:** _Eleanor Scalli_ __    **Date:** 12- 09- 03

**Print Name:** ___Eleanor scalli_____

**Please attach copies of any supporting information (e.g. pay stubs, employment policy, etc...). Important: send only copies, save the originals for your records.**