# EXHIBIT 10

Case 1:03-cv-12413-DPW    Document 36-14    Filed 07/15/2005    Page 1 of 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELEANOR SCALLI and ROBERT SCALLI,<br><br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>Defendant. | Civil Action No. 03-12413-DPW |

## AFFIDAVIT OF JOYCE A. HICKS

1.   I make this affidavit in support of Defendant's Motion for Summary Judgment. I have personal and first-hand knowledge of the matters described herein.

2.   I am employed by Citizens Financial Group, Inc. ("Citizens") as an Assistant Vice President, Senior Human Resources Generalist. I have held the position of Assistant Vice President since June 19, 1997 and I have been employed by Citizens since March 14, 1988.

3.   When an employee is hired by Citizens, he or she may generally participate in Citizens' benefit plans. New employees receive a benefit enrollment package. This package contains a worksheet summarizing certain information concerning the employee's benefits (the "Worksheet"). Thereafter, employees receive an updated Worksheet for use in the annual enrollment of their benefits.

4.   The Worksheet reflects an employee's "benefit base salary." The benefit base salary is necessary for determining the amount of certain benefits offered to employees where the amount of the benefit is derived from the employee's salary level *(e.g.,* life insurance, disability

insurance). For commissioned employees, who are not paid a salary (like loan officers), Citizens determines the benefit base salary as follows: the greater of the assigned "market point" for the position or W-2 earnings by the employee for the calendar year prior to the annual benefit enrollment. The assigned market point for a position is determined by Citizens' review of salaries in the market for the relevant position. During the period of 2001 through 2003, the assigned market point for a loan officer was $50,000. Therefore, the benefit base salary for any new loan officer, or loan officer with W-2 earnings below $50,000 for a calendar year, was $50,000. This benefit base salary is only used for the purpose of determining the amount of certain benefits. The benefit base salary does not reflect a promise by Citizens to pay a commissioned employee at the rate of the benefit base salary.

5.      The benefit base salary on Robert Scalli's Worksheet during his employment was $50,000. This was not the actual salary paid to Mr. Scalli, but rather, a number used for the purpose of calculating certain of Mr. Scalli's benefits.

6.      Robert Scalli and Eleanor Scalli worked for Citizens' subsidiary, Citizens Mortgage Corporation ("CMC"). Both Mr. Scalli and Ms. Scalli signed loan officer commission incentive plans memorializing their agreements with CMC (the "Contracts"). CMC paid Mr. Scalli and Ms. Scalli all payments due to them *(e.g.,* commission payments and sign-on bonuses) under the terms of their Contracts.

7.      Citizens maintains a Code of Ethics (the "Code of Ethics") that is distributed to all employees (including, for example, employees who work for CMC). It is Citizens' policy that all employees must receive a copy of the Code of Ethics and agree to abide by its provisions. *See* Ex. 1 (Citizens' Code of Ethics in effect at the time of the Scallis' employment with CMC).

8.      CMC prohibits Loan Officers from making credit decisions. In late January 2003

or early February 2003, Barden Conn, a Senior Vice President for CMC, contacted me and told me that Ms. Scalli may have made a credit decision concerning a customer's loan (declining the loan). He also told me that Ms. Scalli may have declined the loan so that the borrower could buy a property that Mr. Scalli was selling.

9. After I conferred with Mr. Conn and looked into the situation, I consulted with my supervisor, Debra A. Poirier Cornish. Ms. Cornish and I agreed that if Ms. Scalli made a credit decision concerning a customer's loan this would violate CMC's policies and Citizens' Code of Ethics. Therefore, Ms. Scalli's employment would be terminated. Ms. Cornish and I also agreed that Mr. Scalli's employment would be terminated or suspended pending further investigation of his involvement in this matter.

10. On February 4, 2003, I met separately with Ms. Scalli and Mr. Scalli. On February 5, 2003, I wrote memoranda to the file summarizing these meetings. During my meeting with Ms. Scalli, she admitted issuing the loan denial letter to Mr. Barbosa and that it was her signature on the denial letter.

11. During the meetings on February 4, 2003, neither Mr. Scalli nor Ms. Scalli mentioned that they were promised any additional wages, bonuses or compensation by Mr. Conn or anyone else at CMC or Citizens.

12. During Mr. Scalli's suspension from employment, I became aware that Ms. Scalli may have accepted employment with GMAC. Because Mr. Scalli and Ms. Scalli worked together at Citizens, I suspected that Mr. Scalli may also be applying for employment at GMAC. As a result, a Citizens representative called GMAC to confirm whether or not Mr. Scalli had accepted employment at GMAC during his suspension from employment with Citizens.

13. Mr. Scalli refused to cooperate in the investigation concerning his involvement in

this matter. Mr. Scalli's employment was terminated on March 5, 2003 because of suspected improper activity relative to mortgage origination and his failure to cooperate with the ongoing investigation.

14.   I was not aware that Mr. Scalli or Ms. Scalli claimed that they were owed wages, bonus payments, commissions or any other compensation at the time of their termination from employment.

15.   As provided for under her Contract, Ms. Scalli was paid commissions for all loans that she originated which were funded on the system up to, and including, her last day of employment (February 4, 2003).

16.   Victoria Noel worked as a loan officer for CMC. Her employment with CMC ended on April 1, 2003.

LIBB/1355014.1

Signed under the penalties of perjury this 13th day of July, 2005

*Joyce A. Hicks*
Joyce A. Hicks

5

LIBB/1355014.1

# Citizens' Code of Ethics

*SIGNATURE PAGE*

I have received and read Citizens' Code of Ethics and agree to abide by its provisions at all times. Within its meanings, expressed and implied, I am not and have not been aware of any circumstances of a personal or family nature which would conflict with the Code except those which I have previously reported or as indicated below.

Please describe any unreported potential conflict of interest.

_____

_____

_____

_____

_____

_____

_____


| _____ | _____ |
| Print Name | Signature |

| _____ | _____ |
| Social Security Number | Date |

C04128

# CITIZENS' CODE OF ETHICS

## Policy Statement

Citizens' successful business operation depends not only on the competence of its employees and directors, but also upon its reputation for honesty, integrity, and or and lack of bias in the conduct of its business affairs. Citizens' Code of Ethics identifies basic policy and standards concerning ethical conduct and provides guidance in several areas of specific concern.

Citizens conforms to all applicable laws and is also governed by internal policies, including bank by-laws and resolutions adopted by the directors. This Code of Ethics provides practical guidance beyond such laws and policies to assist employees and directors in making judgments and decisions that will perpetuate established values and maintain Citizens' reputation for conducting business with the highest ethical standards.

The provisions of this Code apply to all employee and directors of Citizens Financial Group and its subsidiaries.

## Confidential Information

All corporate, customer, director, employee and supplier information (other than information that is public knowledge as a result of authorized disclosure) is considered to be confidential, privileged and proprietary to Citizens at all times during and following an individual's employment or directorship with Citizens. The information may be used only for legitimate Citizens purposes by authorized Citizens personnel and should be safeguarded at all times. This includes insuring that customer-related papers and other sensitive documents are not left unattended and refraining from engaging in confidential business conversations in public places.

It includes protecting the privacy of past and present employees by maintaining the confidentiality of personnel information. All inquiries on past or present employees should be referred to a Human Resources Generalist.

Confidentiality is also required with respect to non-public information regarding Citizens or its parent company. Employees and directors must adhere to the *Responsible Use and Protection of Consumer Information Policy* to ensure that confidential consumer information is not disclosed improperly. Employees and directors may not release confidential or otherwise sensitive information regarding Citizens or its parent company, unless it has been published in reports to shareholders, or otherwise made available to the public through authorized news releases. All media inquiries must be coordinated with an authorized representative of the Corporate Affairs Group, or other designated spokesperson.

Unauthorized disclosure of confidential information of any kind is prohibited.

## Material Inside Information

Information is "material" for securities law purposes when the information is such that a substantial likelihood exists that a reasonable investor would consider it important in making investment decisions. Information is "inside" when it has not been publicly disseminated

Even though information has been released to the media, information is still considered "inside" until there has been a sufficient time for the general dissemination of the information. Anyone in possession of material inside information must not trade in or recommend the purchase or sale of the securities concerned until the information is properly disclosed and disseminated to the public.

Employees and directors are expected to adhere to all applicable securities laws. They may not use material inside information for their own or their family's benefit nor may they disclose it to others for their personal use. This includes information regarding the activities of the parent company as well *as* any business enterprise doing business with or under consideration by Citizens.

Employees and directors may not use material inside information for the benefit of Citizens. Confidential customer information disclosed to one business unit should be disclosed to other units only when there exists a legitimate business need to know and only then, in a prudent manner, as determined by the appropriate department manager. Material inside information about business customers must not be communicated to or accessed by trust, investment or other personnel involved in providing investment advice or conducting securities transactions for Citizens, its customers or employees.

C04129

# CITIZENS' CODE OF ETHICS

## Security of Information Systems

A substantial amount of information concerning Citizens is stored, processed and transmitted in computer and telecommunications systems. Employees are required to comply with Citizens' information systems security policies, standards and procedures including but not limited to the following:

- Employees must not release, give or lend to anyone any employee identification or access cards issued by Citizens; nor may an employee possess for any reason another employee's identification or access card.
- Employees must not disclose their passwords or method of access to any computer system or process to any other employee and must never use in any manner another employee's password.
- Employees must not attempt to access any data, software or documentation belonging to Citizens without proper authorization.
- Employees must not attempt unauthorized entry into any Citizens facility or use their authority to gain access to any room, facility or area for which they have not been given authorization.
- Employees must not use Citizens' computer resources in connection with unauthorized personal business.

### Conflict of Interest

Employees and directors must avoid situations in which personal interests conflict with, or appear to conflict with, the interests of Citizens. A possible conflict of interest exists whenever employees or directors or their relatives have an interest in an entity or matter that may influence a decision or cloud the judgment they may have to exercise in the discharge of their responsibilities to Citizens. The sections that follow provide rules and guidance for specific situations in which the possibility of a conflict of interest is present. Certain activities must be strictly avoided and others require written approval before they can be undertaken. Employees and directors should immediately disclose any conflict or potential conflict of interest that arises to the appropriate senior officer.

Gifts, Payments and Preferential Treatment: Citizens expects its employees to provide impartial, efficient and courteous service to all its customers without the expectation of reward other than compensation or expenses paid or reimbursed by Citizens in the usual course of business. To avoid even the implication of any impropriety, employees and directors should decline any gifts that may raise the question of improper influence. Specifically, employees and directors are prohibited from:

1. Soliciting for themselves or for a third party (other than Citizens or its agents) anything of value from anyone in return for any business, service or confidential information of Citizens

    And

2. Accepting anything of value (other than normal authorized compensation or permissible gifts of nominal value as identified in the "Exceptions" section of this policy) from anyone in connection with the business of Citizens.

This policy supports the Federal Bank Bribery Law, as amended by the Bank Bribery Amendment Act of 1985, which states that

"Whoever:

1. corruptly gives, offers, or promises anything of value to any person with the intent to influence or reward an officer, director, employee, agent or attorney of a financial institution in connection with any business or transaction of such institution;

    Or

2. As an officer, director, employee, agent, or attorney of a financial institution corruptly solicits or demands for the benefit of any person, or corruptly accepts or agrees to accept, anything of value from any person, intending to be influenced or rewarded in connection with any business or transaction of such institution; shall be guilty of an offense."

The term "gift" includes, but is not limited to, substantial favors, money, credit, special discounts on goods or services not generally available to the public, free services, loans of goods or money, tickets to entertainment events, trips, hotel expenses, excessive entertainment, food or beverages. This policy includes gifts to an employee or director's immediate family. All cash gifts are prohibited.

C04130

**Exceptions:** Citizens recognizes that situations may arise when it would be appropriate for an employee or director to accept the benefits of another's expenditure. In general, acceptance of something of value based on family or personal relationship independent of any Citizens business; a benefit available to the general public under the same conditions on which it is available to a bank official; or if the benefit would be paid for by Citizens as a reasonable business expense if not paid for by another party may be considered exceptions. Other specific exceptions to the above general prohibition include the following:

- Gifts or bequests based on family or personal relationships when circumstances make it clear that it is those relationships rather than the business of Citizens that are the motivating factors.

- Gifts of nominal value (not to exceed $200) given at holidays or other commonly recognized special occasions such as a promotion, new job, wedding, retirement, or birthday which represent expressions of friendship or goodwill.

- Reasonable entertainment, accommodations or travel arrangements in the course of a meeting or other occasion, the purpose of which is to hold bona fide business discussions or to foster better relations, provided that the expense would be paid for by Citizens as a reasonable business expense (in accordance with the Expense Reimbursement Policy, as from time to time amended), if not paid for by another party.

- Loans from other banks or financial institutions on customary terms to finance proper and usual activities of employees such as home mortgage loans, except where prohibited by law.

- Advertising or promotional material of reasonable value (e.g., pens, pencils, note pads, key chains, calendars and similar items).

- Discounts or rebates on merchandise or services that do not exceed those available to other customers.

- Civic, charitable, educational, or religious organization awards for recognition of service and accomplishment.

On a case-by-case basis, the Chief Executive Officer may approve other exceptions to the general prohibition against accepting something of value in connection with bank business, provided that such approval must be received in writing in advance on the basis of a full written disclosure of all relevant facts and be consistent with the Federal Bank Bribery Law.

If a Citizens employee or director is offered or receives something of value from a potential or existing customer, supplier or competitor beyond what is authorized by this Code, the employee must disclose that fact to the officer in charge of his or her department. Directors should disclose the information to Citizens' Chief Executive Officer.

Bequests Under Wills or Trusts: Employees, directors or their family members may not accept a bequest or legacy under wills or trust instruments of property or of interests in property of any kind from a customer unless the customer is a relative of the employee or a person who has never dealt with the employee or director as a representative of Citizens.

Gifts and Entertainment Provided by Employees and Directors: Gifts or favors by employees of nominal value (not to exceed $200) are acceptable to the extent that they are appropriate and suitable under the circumstances, meet the standards of ethical business conduct, involve no element of concealment and do not violate applicable laws and regulations. An officer authorized to approve business expense claims must approve gifts given to customers, suppliers or potential customers or suppliers.

Entertainment that is reasonable and appropriate for the circumstance is an accepted practice to the extent that it is necessary to achieve a business purpose of Citizens.

Employees and directors are prohibited from self-dealing, or otherwise trading on their positions with the bank or accepting from one doing or seeking to do business with Citizens a business opportunity not available to other persons or that is available because of the employee or director's position with the bank.

Employees and directors must avoid any situations in which they might improperly profit personally from Citizens' activities, or give the appearance of improperly profiting personally, due to relationships with Citizens' customers or suppliers. In order to identify any outside affiliation that might be construed as a conflict with their responsibilities, Citizens' officers will be required to complete an annual disclosure of relevant outside affiliations, gifts, bequests or other possible potential conflicts including those which have been inadvertently placed due to business or personal relationships with potential or existing customers, suppliers, business associates or competitors of Citizens.

**CITIZENS' CODE OF ETHICS**                                                   Page 4 of 7

*Outside Activities*

Citizens prides itself on its commitment to its communities and encourages its employees and directors to be involved in civic, charitable and political activities within their communities. However, employees and directors must not engage in outside activities that interfere, compete or conflict or potentially conflict with the interests of Citizens or impairs their ability to meet their regular responsibilities to Citizens.

Normally, voluntary efforts take place outside of regular business hours. If voluntary efforts require use of normal working time, prior approval should be obtained from the senior executive of the applicable business line. Because of limitations and regulations applicable to activities of corporations, employees must obtain approval from the Director of Corporate Affairs for the use of normal working time in connection with activities relating to any election to political office or in connection with any political convention or caucus held to select candidates for political office.

Civic Activities: Active participation in religious, community, professional or charitable organizations is encouraged. Approval is not required to participate in or accept appointment as a trustee, director or officer of a non-profit organization unless there is a lending relationship or some other potential conflict of interest between the organization and Citizens. Officers and directors of Citizens are required to annually disclose their participation in these activities by completing a "Conflict of Interest" questionnaire.

Political Activities: Employees and directors are encouraged to participate in political activities on their own time and in accordance with their individual desires and political preferences. However, it must be clear at all times that an employee's or director's participation is done as an individual and not as a representative of Citizens. Employees or directors considering becoming a candidate for an elected or appointed public office should advise the Director of Corporate Affairs.

To prevent any interpretation of sponsorship or endorsement by Citizens, neither its name, address facilities or equipment should be used in connection with campaigning activities, nor should Citizens be identified in advertisements or literature.

It is Citizens' policy not to make political contributions from bank funds. This policy, however, is not intended to prevent any employee from making contributions to any political party or candidate from his or her personal funds. Officers of Citizens may be asked to disclose personal political contributions periodically.

Outside Employment: Employees of Citizens may not engage in outside employment that interferes, competes or conflicts with the interests of Citizens or impairs their ability to meet their regular job responsibilities at Citizens. Employees must abstain from negotiating or approving any loan or other transaction between Citizens and an outside organization with which they are affiliated whether as a representative of Citizens or the outside organization.

No employee or director of Citizens may serve as an officer, director or employee of a firm primarily engaged in the issue, flotation, underwriting, public sale or distribution of securities.

Directorships of Profit-Making Companies: Membership on the Board of Directors of any outside profit-making corporation which has a banking relationship with Citizens or which is included as an asset of a fiduciary account managed by Citizens or investment account sold by Citizens creates a potential conflict of interest and is discouraged. Directorship of any outside profit-making company may create a conflict of interest. Employees should obtain approval from their senior manager prior to accepting any directorship on such a board.

Compensation, Consulting Fees and Honorariums: Employees who have received proper approval to serve as an officer, director or employee of an outside organization or to engage in other outside employment may retain all compensation paid for such service unless the terms of the approval provide to the contrary or the outside organization is a closely held business included as an asset of a fiduciary account managed by Citizens.

Honorariums received by an employee for publications, public speaking appearances, instructing courses at educational institutions or banking schools, etc. may be retained by the employee. Questions concerning the permissible retention of compensation should be directed to the appropriate senior executive in charge of the employee's functional area.

Fiduciary Appointments: Employees may not accept appointments as executor, trustee, guardian, conservator, or other fiduciary or any appointment as consultant in connection with fiduciary matters, whether or not it is related to the business of Citizens without prior approval from the senior officer of the business unit. This policy does not apply to such appointments for members of an employee's family.

C04132

### Personal Trading & Investments

Employees and directors should not enter into investment transactions that would create, or give the appearance of creating a conflict of interest between them, Citizens and any customer. This policy covers investments for personal accounts as well as for family members. Employees of Citizens Financial Services, Inc. or who are licensed to sell securities as part of the job responsibilities should be aware of the additional restrictions and requirements contained in the Citizens Financial Services, Inc. Compliance Manual.

Investment situations that may involve a conflict of interest are quite numerous and it is not possible to enumerate or envision all of them. Below are some of the specific situations, which should be avoided when making investment decisions:

Investments in Securities of a Customer, Supplier, Borrower or Competitor: These investments may be construed as affecting an employee's judgment or decisions exercised on behalf of Citizens particularly if the investment is of such magnitude that a disinterested observer might reasonably question whether this investment could influence his or her decisions on behalf of Citizens.

Investments Involving the Possible Use of Non-Public Information: Employees and directors must avoid investment transactions involving the securities of a company for which they have information that is not available to the public and which could appear to be a material factor in the investment decision.

Customer-Arranged Investments: Employees and directors should not participate in investments arranged by a customer nor permit a customer to arrange an investment for their account or the account of a family member under circumstances that might create or appear to create a conflict of interest.

Investment Activity Paralleling or Anticipating Investment Action by Citizens Bank: Employees and directors who have knowledge of Citizens' anticipated or actual purchase or sale of securities for its own account or for the account of others, particularly when the security involved does not have a broad market, should avoid personally investing in those securities during that period. Personal knowledge of specific investment decisions made by Citizens should not be communicated except to the extent necessary to execute the functions of implementing the decisions.

Investments in the Parent Company of Citizens Financial Group: Employees or directors may not buy or sell any security of the Royal Bank of Scotland if they are in possession of material inside information that has not been disclosed to the public.

### Personal Finances

All employees are expected to be prudent, accurate and circumspect in the handling of their own personal affairs. Employees should use good judgment when becoming involved in consumer and time purchases or any other forms of indebtedness, including employee business accounts and employee bankcards. Employees are expected to manage all account relationships in a prudent manner. Abusing certain privileges may be the basis for closing or revoking an account.

Employees should not accept offers that come to them because of their bank position to buy or sell securities at terms more favorable than those offered to the general public.

Employees should not borrow from customers (other than members of their immediate family) or Citizens' suppliers, and are encouraged to borrow only from recognized lending institutions.

Employees may not accept, process or approve any transactions at Citizens in which they have a personal interest including but not limited to: approving their own loan or overdrafts; approving loans to members of their immediate family; processing deposits or payments, making investments, or transferring funds for themselves or their family. Employees may not request individuals who report to them to approve loans for the benefit of the employee or their immediate family.

### Limitation On Customer Advice

Citizens' employees and directors cannot practice law or give legal advice to its customers. Employees and directors should exercise extreme care in discussions with customers, and nothing should be said that might be interpreted as the giving of legal advice, tax advice or investment advice except as may be appropriate in the performance of a fiduciary responsibility, or as otherwise required in the ordinary course of business. Except in the course of exercising his or her own job duties, no employee shall prepare, audit, or certify any statement or

C04133

**CITIZENS' CODE OF ETHICS**                                     Page 6 of 7

document of outside companies, individuals, corporations, or other organizations upon which Citizens might have occasion to rely for lending or other purposes.

Employees should not recommend outside attorneys, accountants, insurance brokers, stockbrokers, real estate agents, etc., to customers unless several names are given without indicating favoritism. Employees may recommend or refer customers directly to subsidiaries within Citizens Financial Group in accordance with established policies and applicable laws and regulations.

### *Advertising*

Every effort should be made to ensure that Citizens' advertising and public statements comply with applicable laws and regulations. Citizens' advertising should be reviewed to ensure accuracy and shall not be designed in any way to mislead the public by what is stated or omitted.

### *Use Of Corporate Letterhead*

Corporate letterhead should be reserved for company business only and should not be used for personal correspondence or other non-job related purposes.

### *Use Of Citizens' Computers and Other Property*

Citizens' property, including but not limited to computers, on-line terminals, office equipment, copiers and communication facilities (such as fax and telex) should not be used for personal purposes, unless proper authorization is received in advance and subject to appropriate reimbursement to Citizens for such usage.

In addition, it is improper and may be illegal to duplicate or otherwise appropriate computer software purchased by or developed by Citizens for its business operations unless prior authorization and licensing is received.

### *Taking Advantage Of A Business Opportunity That Rightfully Belongs To Citizens*

Employees and directors may not take for their own advantage an opportunity that rightfully belongs to Citizens. Whenever Citizens has been actively soliciting a business opportunity or the opportunity has been offered to it or its funds, facilities, property, or personnel have been used in pursuing the opportunity, that opportunity rightfully belongs to Citizens and may not be diverted for the personal benefit of the employee or director.

### *Records And Accounts*

All bank records shall be maintained in accordance with established accounting policies, procedures and controls. All transactions shall be recorded accurately, completely and truthfully. Efforts by any employees to conceal or distort information will be considered as unacceptable conduct.

Embezzlement, misappropriation of funds or property or the falsification of any record, account or document may result in immediate dismissal and will be referred to the appropriate law enforcement agencies.

### *Disclosures In Dealings With Auditors*

Employees must fully cooperate with audits conducted by Citizens' internal audit staff, an external auditing firm or with outside regulatory agencies. Questions raised by auditors or regulators must be responded to candidly and no adverse information in response to a question may be concealed.

### *Commitments*

No representative of Citizens may make any actual or implied commitments on Citizens' behalf either formally or informally, without proper and prior authorization in accordance with existing policies and procedures.

Employees should not commit Citizens to an official sponsorship of a charitable or civic organization without the prior approval of Corporate Affairs.

### *Illegal Acts*

No questionable or illegal act relative to Citizens' business can be permitted and any employee having such knowledge should immediately bring the information to the attention of the Corporate Security Officer.

C04134

# CITIZENS' CODE OF ETHICS

## *Violation Of The Code*

Violations of the Code are considered serious and may lead to further disciplinary action, up to and including termination of employment.

## *Administration*

It is each employee's and director's responsibility to be familiar with Citizens' Code of Ethics and to abide by the letter and spirit of the Code's provisions and principles at all times.

New employees and directors will be given a copy of the Code when they are hired. They are asked to review this Policy and acknowledge their receipt and understanding of the Code by signing the Acknowledgement Page and returning it to their Human Resources Generalist. Periodically, the Code is re-distributed to all employees and directors, particularly in the event there has been substantial modifications or revisions as approved by the Board of Directors.

At least annually, officers, directors and certain other personnel in sensitive positions are required to complete and submit a Conflict of Interest questionnaire, as evidence of their continued compliance with the Code's provisions. Supervising officers are expected to make every reasonable effort to ensure that their staff, both official and non-official, continues to comply with the provisions of the Code.

Responsibility for Administration: Citizens' Code of Ethics is established with the approval of its Board of Directors to help foster a strong ethical climate within Citizens Financial Group. The Executive Management Committee of Citizens is responsible for establishing procedures that will ensure adequate monitoring and enforcement of the Code. The Board of Directors, through the Joint Risk Assessment Committee (JRAC), will periodically review programs that Management has established for this purpose.

Reporting Procedures: Questions of interpretation and questions regarding the applicability of the provisions of this Code should be addressed to the appropriate senior executive for each business line. Citizens' policy is that all situations involving a conflict of interest or other possible violations of the Code are reported. The act of reporting a questioned situation does not necessarily imply that a violation exists, but affords the opportunity for its review. Before entering into any transaction subject to the provisions of this Code, employees and directors should submit a memorandum outlining the situation in question to their senior executive. Each senior executive should review the information and if the situation in question is complex or when there is no precedent, they should refer it to a higher level of authority. A final decision as to whether a particular action violates corporate policy is the responsibility of the appropriate level senior executive in consultation with the General Auditor and the General Counsel.

Designated Officers: Throughout the Code of Ethics, reference is made to employees contacting their "senior executive" for the purpose of either securing prior approval for certain activities, or to seek advice on the Code's various provisions. The title of senior executive may vary in each Citizens business line depending upon its size and the nature of its activities. However, in every case, a senior executive will be an officer who as a result of their position, responsibilities, and experience is in a position to bring a Citizens Financial Group corporate perspective to the matter in question. Officers with this status will have a title of at least Senior Vice President, or an equivalent title, or a more senior rank.

Under no circumstances should any officer or employee, regardless of rank, approve exceptions to the provisions of the Code in matters involving their own personal interest.

It is the responsibility of the Chief Executive Officer of each Citizens entity to communicate these policies to the Board of Directors of that entity.

IMPORTANT NOTE: This policy only provides guidance to supervisors and managers and may not be relied on by employees as establishing any particular terms and conditions of employment. This policy is not intended as and does not create, either expressly or by implication, an employment agreement. Any policy of Citizens is subject to change at any time at the sole discretion of Citizens; however, any change in or exception to Citizens' policy of Employment At Will must be made in writing and signed by the Director of Human Resources for Citizens.

C04135