# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

Civil Action No. 03-12413-DPW

## AFFIDAVIT OF DEBRA A. POIRIER CORNISH

1. I make this affidavit in support of Defendant's Motion for Summary Judgment. I have personal and first-hand knowledge of the matters described herein.

2. I am employed by Citizens Financial Group, Inc. ("Citizens") as a Vice President, Division Director for Human Resources. I have held this position since September 1999.

3. In late January 2003 and early February 2003, Joyce A. Hicks (Assistant Vice President, Senior Human Resources Generalist) reported to me.

4. In late January 2003 or early February 2003, Ms. Hicks consulted with me concerning two individuals (Robert Scalli and Eleanor Scalli) who were employed as loan officers for a Citizens' subsidiary, Citizens Mortgage Corporation ("CMC").

5. I agreed with Ms. Hicks that Ms. Scalli's and Mr. Scalli's employment may be terminated.

6. At the time I discussed Mr. Scalli's and Ms. Scalli's employment with Ms. Hicks, in January 2003 or February 2003, I was not aware that either Mr. Scalli or Ms. Scalli claimed

LIBB/1357951.1

that they were owed wages, bonus payments, commissions, or any other type of compensation by CMC or Citizens.

Signed under the penalties of perjury this 12th day of July, 2005

_____
Debra A. Poirier-Cornish

LIBB/1357951.1