# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| ELEANOR SCALLI and ROBERT SCALLI, | |
|---|---|
| Plaintiffs, | Civil Action No. 03-12413-DPW |
| v. | |
| CITIZENS FINANCIAL GROUP, INC., | |
| Defendant. | |

## AFFIDAVIT OF DANIELLE FELICE

1. I make this affidavit in support of Defendant's Motion for Summary Judgment. I have personal and first-hand knowledge of the matters described herein.

2. I am employed as a real estate broker.

3. I have never been provided with any negative information concerning Eleanor Scalli or Robert Scalli (including, for example, that they were "indicted on bank fraud") by any employee of Citizens Mortgage Corporation, Citizens Bank or Citizens Financial Group, Inc.

4. I have never met or spoken with Victoria Noel.

5. Victoria Noel never told me that Eleanor Scalli and Robert Scalli had been "indicted on bank fraud."

Signed under the penalties of perjury this 31st day of May, 2005

*Danielle Felice* (signature)
Danielle Felice

LIBB/1349032.1