UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
    **Plaintiffs,**
**v.**                                                  **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that this Honorable Court deny Defendant's Motion for Summary Judgment on all counts. As grounds for this Opposition Plaintiffs' submit a Local Rule 56.1 Statement of Disputed Material Facts and a Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument on this Opposition pursuant to Local Rule 7.1(D).

                                        Respectfully submitted,
                                        The Plaintiffs, Eleanor Scalli and Robert Scalli
                                        By their attorneys,

                                        /s/ Mark E. Burke
                                        _____
                                        Mark E. Burke – BBO#556166
                                        Law Office of Mark E. Burke
                                        111 South Bedford Street, Suite 208
                                        Burlington, Massachusetts 01803
                                        (781) 273-3801

                                        /s/ Nicholas J. Di Mauro
                                        _____
                                        Nicholas J. Di Mauro – BBO#564241
                                        Law Offices of Nicholas J. Di Mauro
                                        111 South Bedford Street, Suite 208
                                        Burlington, Massachusetts 01803
                                        (781) 273-3801