UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************
**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
   **Plaintiffs,**
v.                                   CIVIL ACTION NO.: 03CV-12413DPW

**CITIZENS FINANCIAL GROUP, INC.**
   **Defendant.**
*****************************************

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES

Eleanor Scalli and Robert Scalli ("Plaintiffs") respectfully request leave pursuant to Local Rule 7.1(b)(4) to file a Memorandum in Support of their Opposition to Defendant's Motion for Summary Judgment that exceeds twenty pages (submitted herewith).  The brief is  23  pages long.

The additional pages are necessary because this case involves two separate Plaintiffs with six separate causes of actions.

WHEREFORE, the Plaintiffs respectfully request that this Court grant their assented-to motion to file a        page Memorandum in Support of the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

                                        Respectfully submitted,
                                        The Plaintiffs,
                                        Eleanor Scalli and Robert Scalli
                                        By their attorneys,

                                        /s/ Mark E. Burke
                                        _____
                                        Mark E. Burke – BBO#556166
                                        Law Office of Mark E. Burke
                                        111 South Bedford Street, Suite 208
                                        Burlington, Massachusetts 01803
                                        (781) 273-3801

/s/ Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

**LOCAL RULE 7.1 CERTIFICATION**

 Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendant has spoken to counsel for the Defendant and Plaintiffs have assented to this motion.

/s/ Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro