UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************
ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,
v.                                CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.
*****************************************

## AFFIDAVIT OF NICHOLAS J. DI MAURO

I, Nicholas J. Di Mauro, being duly sworn and on oath hereby depose and state the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I am a member of the Massachusetts Bar in good standing.

3. I have an office (Law Offices of Nicholas J. Di Mauro) located at 111 South Bedford Street, Suite 208 Burlington, Massachusetts 01803.

4. I represent the Plaintiff, Robert Scalli in the above-captioned matter. I make this affidavit in support of the Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

5. I hereby certify that the deposition excerpts and exhibits cited in the Memorandum in Opposition to the Defendant's Motion for Summary Judgment of the Plaintiffs' Opposition to the Defendant's Statement of Disputed Material Facts in Opposition of its Motion for Summary Judgment and submitted herewith in the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are true and accurate copies of these excerpts and exhibits.

6. Submitted herewith as Exhibit 1 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Eleanor Scalli.

7. Submitted herewith as Exhibit 2 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Robert Scalli.

8. Submitted herewith as Exhibit 3 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Tara Tribelli-Gallone.

9. Submitted herewith as Exhibit 4 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Joyce Hicks.

10. Submitted herewith as Exhibit 5 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Barden Conn.

11. Submitted herewith as Exhibit 6 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion

        for Summary Judgment are excerpts and exhibits from the deposition of Michael Diranian.

12.    Submitted herewith as Exhibit 7 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Elizabeth Walsh.

13.    Submitted herewith as Exhibit 8 to the Appendix to the Plaintiffs' Opposition to the Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are excerpts and exhibits from the deposition of Steven Roussel.

Signed under the pains and penalties of perjury this 29th day of July, 2005.

/s/ Nicholas J. Di Mauro

Nicholas J. Di Mauro