UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
    **Plaintiffs,**
v.                                                                                       CIVIL ACTION NO.: 03CV-12413DPW

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### APPENDIX TO PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS IN SUPPORT OF OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Appendix
Exhibit No.     Description

1. Excerpts from the deposition of Eleanor Scalli;
2. Excerpts from the deposition of Robert Scalli;
3. Excerpts from the deposition of Tara Tribelli-Gallone;
4. Excerpts and exhibits from the deposition of Joyce Hicks;
5. Excerpts and exhibits from the deposition of Barden Conn;
6. Excerpts from the deposition of Michael Diranian;
7. Excerpts from the deposition of Elizabeth Walsh;
8. Excerpts from the deposition of Steven Roussel;
9. Affidavit of Eleanor Scalli;
10. Affidavit of Robert Scalli;
11. Affidavit of Javier Pico;
12. Affidavit of Jean Barbosa;
13. Affidavit of Erin Green;
14. Affidavit of Brokers (Philip Consolo; Stephen Amaral; Victoria Laws);
15. Excerpts from Employee Handbook re: Performance Improvement Plan and Benefits;
16. Unpublished Legal Citation.