```
 1            forms, and there was a delay in the
 2            forms.
 3       Q    Okay.
 4       A    So I believe I spoke with her once or
 5            twice asking, you know, where are the
 6            forms, I need the forms.
 7       Q    Okay.  And did she -- if you recall, do
 8            you remember why she said there was a
 9            delay?
10       A    No.  I believe she said, oh, we'll get
11            them to you, we'll get them to you.
12            But there was a delay.  And, again, I
13            can't recall.  I mean, it was four
14            years ago.  I can't really --
15       Q    Okay.  Do you ever recall her telling
16            you that the delay was that Bard Conn
17            was changing the forms?
18       A    No.
19       Q    You don't recall that?
20       A    No.
21       Q    Okay.  And how long was this delay?
22       A    I don't know.
23       Q    Was it more than a week?  Less than a
24            week?
```