

EXHIBIT

DPW    Document 42-7    Filed 07/2

```
                              VOLUME:   I
                              PAGES:    1-250
                              EXHIBITS: 1-7
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03CV-12413DPW

- - - - - - - - - - - - - - - - - - - - - - x
ELEANOR SCALLI and ROBERT SCALLI,
    Plaintiffs
vs.
CITIZENS FINANCIAL GROUP, INC.,
    Defendant
- - - - - - - - - - - - - - - - - - - - - - x

DEPOSITION of MICHAEL C. DIRANIAN, a witness called on behalf of the Plaintiff, Eleanor Scalli, taken pursuant to notice before Michele Eisen, Registered Professional Reporter, Certified Shorthand Reporter No. 129593 and Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Mark E. Burke, 211 South Bedford Street, Burlington, Massachusetts, on Thursday, April 28, 2005, commencing at 10:15 a.m.

---

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE ST., 8TH FLOOR, BOSTON, MA 02109
TEL:   617.723.7321 / FAX:   617.723.7322
www.bramanti-lyons.com

1        APPEARANCES:

2         Mark E. Burke, Esq.
          Law Offices of Mark E. Burke
3         211 South Bedford Street
          Burlington, Massachusetts 01803
4         Attorney for Eleanor Scalli

5         Nicholas DiMauro, Esq.
          Law Offices of Nicholas DiMauro
6         211 South Bedford Street
          Burlington, Massachusetts 01803
7         Attorney for Robert Scalli

8         Anne M. Gaeta, Esq.
          Goodwin Procter LLP
9         Exchange Place
          Boston, Massachusetts 02109
10        Attorney for the Defendant

11

12
         ALSO PRESENT:   Eleanor Scalli
13                       Robert Scalli

14

15

16

17

18

19

20

21

22

23

24

# I N D E X

Deposition of:                                      Page

MICHAEL C. DIRANIAN

Examination by Mr. Burke                          4, 188

Examination by Mr. DiMauro                        96, 246

----------

# E X H I B I T S

| No. | | Page |
|---|---|---|
| 1 | E-Mail | 65 |
| 2 | E-Mail | 96 |
| 3 | Points and Fees Test | 96 |
| 4 | Price Adjustment Worksheet | 96 |
| 5 | Five-Page Document | 136 |
| 6 | Statement of Credit Denial Termination or Change | 188 |
| 7 | Letter | 204 |

DEPOSITION OF MICHAEL C. DIRANIAN

| | | |
|---|---|---|
| 1 | Q. | Did you speak with Liz Walsh as it relates to the |
| 2 | | E-mail of Friday, January 31st, 2003? |
| 3 | A. | No. |
| 4 | Q. | You had no conversations with her about that E-mail |
| 5 | | after January 31st, 2003? |
| 6 | A. | Not that I recall. |
| 7 | Q. | Did you ever review the grounds for the issuance of |
| 8 | | the declination? |
| 9 | | MS. GAETA:  Objection. |
| 10 | A. | I don't understand the question. |
| 11 | Q. | Did you review the grounds for the declination of |
| 12 | | the Barbosa loan -- |
| 13 | | MS. GAETA:  Objection. |
| 14 | Q. | -- or loans? |
| 15 | | MS. GAETA:  Objection. |
| 16 | Q. | Yes or no, sir? |
| 17 | A. | I don't understand what you saying when you say |
| 18 | | grounds.  I don't understand what you are referring |
| 19 | | to. |
| 20 | Q. | In Mr. Conn's E-mail, he states that the loan had |
| 21 | | been approved, and there were no grounds for |
| 22 | | declination.  Did you ever review the grounds for |
| 23 | | declination? |
| 24 | A. | Not that I recall.  Other than the comments I see |

```
 1              here, I don't recall any of it.
 2    Q.    Did Mr. Conn -- strike that.
 3              Did Mr. Roussel say that the story from
 4    the realtor is that they had, meaning that Mr. and
 5    Mrs. Scalli, had the loan declined so that they
 6    could buy a property that Bob Scalli was selling?
 7    A.    What about that loan?
 8    Q.    Did Mr. Roussel say that to you?
 9    A.    Correct.  I would have gotten --
10    Q.    Did you ever check with the realtor to verify that?
11    A.    No.
12    Q.    Do you know if anyone at Citizens Mortgage
13    Corporation attempted to verify that information?
14    A.    I'm not aware of that.  Not that I'm aware of.
15    Q.    And Mr. Conn states, Please advise on how we should
16    proceed.  I'd like to deal with this as soon as
17    possible.  Have I read that correctly?
18    A.    It seems.
19    Q.    And that was directed to Miss Hicks, correct?
20    A.    Yes.
21    Q.    And Miss Hicks was -- what was her title at the
22    time?
23    A.    She was, I think, the HR person.  Actually, it
24    might be on here if she responded.
```

| | | |
|---|---|---|
| 1 | Q. | Had you ever dealt with Joyce Hicks prior to -- had |
| 2 | | you ever dealt with Joyce Hicks on any issues prior |
| 3 | | to the receipt of this E-mail? |
| 4 | A. | I had a contact with her.  I can't recall in what |
| 5 | | capacity, but I have talked to her before.  I don't |
| 6 | | know if she came by the office, but I know that I |
| 7 | | talked to her. |
| 8 | Q. | And you didn't talk to her on the day of the |
| 9 | | meeting that we -- that you referred to previously? |
| 10 | A. | I probably said hello, niceties, that type of |
| 11 | | conversation.  If I saw her, I'm sure I would have |
| 12 | | said hello, that type of thing. |
| 13 | Q. | And what about Mr. Conn?  Did you have any |
| 14 | | conversations with him either before or during or |
| 15 | | after the meeting? |
| 16 | A. | Conversations in regards to? |
| 17 | Q. | Anything. |
| 18 | A. | Anything?  I can't recall anything other than Hi, |
| 19 | | how are you doing, normal flow of conversation. |
| 20 | Q. | And you didn't follow up on this E-mail other than |
| 21 | | your question of February 3rd, 2003 at 8:48 p.m.? |
| 22 | A. | I don't recall.  I don't even recall this.  If this |
| 23 | | wasn't sitting in front of me, I wouldn't recall |
| 24 | | following up on it, as well. |