

ORIGINAL

VOLUME: I
PAGES: 1-169
EXHIBITS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - x
ELEANOR SCALLI and ROBERT SCALLI,

       Plaintiffs

  vs.

CITIZENS FINANCIAL GROUP, INC.

       Defendant
- - - - - - - - - - - - - - - - - - - - - - - - x

      DEPOSITION of ELIZABETH M. WALSH, a witness called on behalf of the Plaintiffs, taken pursuant to the Federal Rules of Civil Procedure before Kathleen A. Gardner, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law offices of Mark E. Burke, 111 South Bedford Street, Burlington, Massachusetts, on Tuesday, April 26, 2005, commencing at 9:20 a.m.

BRAMANTI & LYONS COURT REPORTING, INC.
REGISTERED PROFESSIONAL REPORTERS
92 STATE STREET, 8TH FLOOR
BOSTON, MASSACHUSETTS 02109
TEL: 617.723.7321 / FAX: 617.723.7322
www.bramanti-lyons.com

APPEARANCES:

    Mark E. Burke, Esq.
      Law Offices of Mark E. Burke
      111 South Bedford Street, Suite 208
      Burlington, Massachusetts 01803
      for the Plaintiffs

    Anne M. Gaeta, Esq.
      Goodwin Proctor LLP
      Exchange Place
      Boston, Massachusetts 02109
      for the Defendant

## INDEX

<u>Testimony of:</u>                                                              <u>Page</u>

   ELIZABETH WALSH

     Examination by Mr. Burke                                          4

<u>Exhibits</u>

| No. | Description | For Iden. |
|---|---|---|
| 1 | E-mails dated 1/31/03, 2/3/03, and 2/4/03 | 96 |
| 2 | E-mail dated 1/17/03 | 137 |
| 3 | Barbosa File | 148 |

---

Q.  And what else did you have -- what else was -- strike that.

What other conversation did you have with him at that time?

A.  I don't recall.

Q.  When was the next conversation that you had with Bard Conn relative to the Barbosa file --

MS. GAETA:  Objection.

Q.  -- after that?

MS. GAETA:  Objection.

A.  I don't remember.

Q.  Was there a further communication or conversation with Bard Conn relative to the Barbosa file?

A.  Possibly.  I don't recall.

Q.  Do you have a memory as you sit here today of any other conversations that you had with Bard Conn relative to the Barbosa file and the approval and/or declination of either loan?

A.  No, not that I recall.

Q.  And you've had no other conversations with Mr. Conn relative to the approval and/or denial of the Barbosa loan since that conversation that you had relative to his inquiry as to the issuance of a decline?