UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
     **Plaintiffs,**
v.                                        **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
     **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>AFFIDAVIT OF ELEANOR SCALLI</u>

I, Eleanor Scalli, being duly sworn and on oath hereby depose and state the following:

1. I reside at 233 Main Street, Winthrop, Massachusetts.
2. I have personal knowledge of the facts and circumstances stated herein.
3. I received several versions of the initial offer letter and incentive plan from CMC
4. The first versions of the offer letter reflected the promise made by Barden Conn, the final versions were then changed by Mr. Conn and Mr. Conn instructed me to sign the final versions and he would fix any inconsistencies.
5. Mr. Conn never discussed a "team concept" with me at any time prior to the commencement of my employment with CMC. I was hired as a senior loan officer, independent of any other employee or my husband, Robert Scalli.
6. I never had access to the commission reports at CMC and had no capability to switch loans to my name or production number.
7. I never authorized CMC or Barden Conn to deduct monies from my commissions for any other employee, including my husband, Robert Scalli.
8. I never authorized CMC or Barden Conn to deduct monies from my commissions to pay for benefits for Robert Scalli.
9. Mr. Conn informed me that benefits due to my husband would be deducted from his salary.

10. I was contacted by Mr. Conn regarding a follow-up meeting to advertising discussions we had previously, he asked me to bring my laptop.

11. It was not until I was confronted by Ms. Hicks regarding a denial letter that I realized that I was deceived by Mr. Conn with respect to the purpose of the meeting that resulted in my termination.

12. Prior to the meeting with Ms. Hicks, CMC never afforded me any process or forum to explain the facts and circumstances surrounding the Barbosa loan.

Signed under the pains and penalties of perjury this 27 day of July, 2005.

*Eleanor Scalli*