UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,

v.                                            CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF JAVIER F. PICO

I, Javier Pico, being duly sworn and on oath hereby depose and state the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.
2. I am a member of the Massachusetts Bar in good standing.
3. I have an office located at 100 City Hall Plaza, Suite 202, Boston, Massachusetts 02108.
4. I have personal knowledge of the facts and circumstances stated herein.
5. I did not represent Eleanor Scalli relative to any legal matter in 2003.
6. I did not represent Eleanor Scalli in any real estate closings in 2003.
7. I did not represent Robert Scalli in any legal matter prior to August 2003.
8. I represented Robert Scalli on two closings in 2003, one in August and one in March.
9. Victoria Noel, while employed at Citizens Mortgage Company informed in February of 2003, that Robert Scalli and Eleanor Scalli were being indicted for bank fraud.

Signed under the pains and penalties of perjury this 26th day of July, 2005.

_____
Javier F. Pico