UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,

v.                                    CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF JEAN BARBOSA

I, Jean Barbosa, being duly sworn and on oath hereby depose and state the following:

1. I applied for a mortgage for 135 Paris Street, a three family in East Boston with Citizens Mortgage.

2. I called over to Citizens Bank and spoke to the processor Galina who informed me that my loan was declined with 5% and I had to put down at least 10% because the property was now being purchased as an investment property;

3. Galina told me that I would be receiving a denial letter shortly from Eleanor Scalli

4. I never had a discussion with Eleanor Scalli regarding purchasing any property that she owned while she was employed at Citizens Mortgage;

5. I never signed a purchase and sale agreement to buy real estate from Eleanor Scalli while she was employed at Citizens Bank;

6. At no time did any one from Citizens Mortgage ever contact me to discuss the conversation I had with Galina regarding the denial of the mortgage for 135 Paris

St. or whether I purchased or intended to purchase 208 Maverick Street, East Boston from Eleanor Scalli while she was employed at Citizens Mortgage.

Signed under the pains and penalties of perjury this 27 day of July, 2005.

Jean Barbosa