UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,
v.                                                CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF ERIN GREEN

I, Erin Green of 14 Moray Street in Lynn MA

have personal knowledge of the facts and circumstances stated herein.

1. I am good friends with Michael Gordon, the boyfriend of Danielle Felice for quite a while and happened to see both of them together at Dunkin Donuts a few months back. I mentioned to Danielle that I was applying for a job at GMAC and asked her if she was still doing mortgage business with Eleanor Scalli. Danielle then told me that Eleanor was involved in some lawsuit and that she gave information regarding Eleanor to the attoneys a while back. Danielle said she had enough problems of her own and that her dad was ill and that she later gave a statement saying she didn't remember or she had no knowledge of anything. She then told me she had not seen the Scalli's for quite some time, which was fine because she didn't want to get involved. Then we casually changed the subject and went our own ways.

Signed under the pains and penalties of perjury this 23 day of July, 2005.

_____