UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,

v.                                            CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.

*****************************************

## AFFIDAVIT OF PHILIP CONSOLO

I, Philip Consolo, being duly sworn and on oath hereby depose and state the following:

1. I am the broker/owner of a Remax Realty Office, Remax All Stars with a principle address located at 74 Woodside Avenue, Winthrop, Massachusetts 02152

2. I have been in the Real Estate business for over twenty years.

3. I have personal knowledge of the facts and circumstances stated herein.

4. I have heard countless rumors that Eleanor Scalli had been fired from Citizens Mortgage and was being indicted for bank fraud and other such illegal fraud with respect to Citizens Mortgage.

5. I was afraid to do any business with Eleanor Scalli because of these rumors and because Real Estate professionals as well as loan officers at Citizens Mortgage told me that they heard that Eleanor Scalli had committed bank fraud.

Signed under the pains and penalties of perjury this  22nd   day of July, 2005.

_____
Philip Consolo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,

v.                                                    CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.
*****************************************

## AFFIDAVIT OF STEPHEN AMARAL

I, Stephen Amaral, being duly sworn and on oath hereby depose and state the following:

1. I am the owner of a Remax Office, Remax Results with a principle address located at 5 High Street, Medford, Massachusetts 02155.
2. I was working as a buyers' agent with a family relative to the purchase of property located at 35 Carey Avenue in Revere, Massachusetts.
3. I prepared an Offer to Purchase along with a pre-approval from Eleanor Scalli at GMAC and presented them to the listing broker, Mary Buscanera from Assist 2 Sell Sellers & Buyers Realty located at 7 Foster Street, Revere, Massachusetts.
4. I then received a telephone call from Ms. Buscanera informing me that she would not accept my client's offer because the mortgage officer, Eleanor Scalli was indicted for bank fraud with Citizens Bank.
5. I asked Ms. Buscanera if she had proof to these accusations and she informed me that Eleanor Scalli has a bad past and to tell my client's to find another bank.
6. I was quite taken back by the remarks made by Ms. Buscanera.
7. I called Ms. Buscanera and told her that I was going to inform the owner of her office about our previous conversation and that I would issue a complaint against her for her comments.

8.  I received a call the next day and Ms. Buscanera reluctantly accepted the Offer and my client's loan closed without a problem.

Signed under the pains and penalties of perjury this __22nd__ day of July, 2005.

_____
Stephen Amaral

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
    Plaintiffs,
v.                                                          **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF VICTORIA LAWS

I, Victoria Laws, Broker/Owner – RE/MAX All Stars, being duly sworn and on oath hereby depose and state the following:

1. I am the broker/owner of a Remax Realty Office, Remax All Stars with a principle address located at 74 Woodside Avenue, Winthrop, Massachusetts 02152.

2. I have personal knowledge of the facts and circumstances stated herein.

3. I was told by numerous other Real Estate and Mortgage Professionals in the industry that Eleanor Scalli was fired from Citizens Bank and under indictment for doing fraudulent loans. I heard this from so many people that I couldn't even keep track it was so many.

4. I am a high producing listing broker and would not accept preapprovals or loans or do any business with Eleanor Scalli because of the things that were being said. Furthermore, I advised my co-workers not to accept preapprovals from Eleanor Scalli.

Signed under the pains and penalties of perjury this   25th   day of July, 2005.

_____
Victoria Laws