# PERFORMANCE IMPROVEMENT POLICY

Citizens' success depends upon its employees' abilities to achieve and exceed their established goals and objectives in support of Citizens' Mission Statement and business plans. To ensure the achievement of goals and objectives and fair treatment of all employees, it may be necessary to follow Citizens' Performance Improvement Process when an employee is not contributing to the successful operation of the business, either through his or her behavior or job performance. The manager's role in this process is to coach the employee with an objective of bringing his or her performance to an acceptable level.

## PERFORMANCE IMPROVEMENT PROCESS

When Citizens deems appropriate, the first step in the process to resolve a performance issue or problem is to discuss the problem openly with the employee. The manager will clearly identify the problem using specific examples and provide a reasonable amount of time for improvement.

The manager will inform the employee that continued failure to meet overall expectations may result in further corrective action. Should discussions with an employee fail to result in a positive outcome, a written Performance Improvement Plan (PIP) should be developed by the manager.

A manager initiates this part of the process by discussing the problem with his or her manager and Human Resources. This plan specifically identifies the problem and outlines management's expectations and desired results.

## TERMINATION

If the problem continues after the employee has had sufficient opportunity to improve, there may be no option other than to terminate the employee.

Recommendation for termination must be approved by the next level of management and Human Resources.

## OTHER CONSIDERATIONS

Progression through the Performance Improvement Process should be appropriate for the severity of the problem. In certain cases, such as serious misconduct, a written PIP may be the first step in the Performance Improvement Process. Not all situations require that the manager follow a step-by-step corrective action process. Some circumstances may justify other action up to and including termination.

If an employee disagrees with the corrective action a manager has taken, the employee should consider the options discussed in the Open-Door Policy.

C 00238

# EMPLOYEE BANKING SERVICES

Selected Citizens banking services and products are available to employees with reduced or waived fees. These include checking account products, special savings and CD rates, mortgages and a home equity line of credit.

# LIFECARE®

LifeCare is a resource and referral program to help manage work and personal responsibilities. LifeCare offers practical advice from experts on anything from child care or elder care to education and special needs, and will assist in finding resources for these services. LifeCare can be contacted at **1-800-227-2195**. Or, for general information visit LifeCare's web site at **www.lifecare.com** or log on to www.citizensbenefits.com and click on the Provider Links button.

# SPECIAL MEDICAL REIMBURSEMENT PLAN

Citizens provides assistance to paraplegic or quadriplegic employees in obtaining durable medical equipment or paying for therapy and/or nursing care that is not covered by their health insurance. The maximum lifetime benefit is $50,000. This benefit is available to full-time employees with one or more years of service.

# RETIREMENT PLANS

Citizens offers two retirement plans – the Citizens Pension Plan and the Citizens 401(k) Plan. These two plans are designed to work with Social Security and personal savings to help employees achieve a secure financial future.

## CITIZENS PENSION PLAN

Employees who are at least age 21 and are scheduled to work at least 20 hours a week are eligible to participate in the Citizens Pension Plan after completing one year of service. Participation in the Pension Plan is automatic – employees do not need to enroll. The amount of the benefit is based on pay and years of service when the employee leaves Citizens. Citizens pays the full cost of the Pension Plan.

## CITIZENS 401(K) PLAN

Employees scheduled to work at least 20 hours a week are eligible to participate in the Citizens 401(k) Plan on the first of the month after completing 30 days of employment. Once the employees are eligible, they can enroll in the plan anytime during the year – they do not need to enroll during the annual open enrollment period.