UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

Civil Action No. 03-12413-DPW

### DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), Defendant Citizens Financial Group, Inc. hereby requests leave to reply to Plaintiffs' Memorandum in Support of Their Opposition to Defendant's Motion for Summary Judgment (the "Opposition"). As grounds for this motion, Defendant states that a reply is necessary to respond to the unanticipated and inaccurate legal arguments and factual assertions raised in the Opposition, Defendant's brief Reply Memorandum (attached hereto as Exhibit A) and Supplemental Appendix (attached hereto as Exhibit B), respond to these arguments and assertions and therefore will assist the Court in its decision and serve the interests of fairness and judicial economy

LIBB/1362648.1

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

/s/ Anne M. Gaeta_____
Bradford J. Smith (BBO No. 550325)
Anne M. Gaeta (BBO No. 643299)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: August 11, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendant has spoken to counsel for Plaintiffs and Plaintiffs have assented to this motion.

/s/ Bradford J. Smith_____
Bradford J. Smith

LIBB/1362648.1