# **<u>EXHIBIT 1</u>**

59

1  periods?
2      A.  Yes.
3      Q.  Now, does this offer letter include any statement
4  regarding a salary?
5              (Document Perusal.)
6      A.  This letter doesn't.
7      Q.  It does not?
8      A.  It does not.
9      Q.  Now, did you ask Mr. conn about that?
10     A.  Yes.
11     Q.  What did he say?
12     A.  He told me it would be in my packet.
13     Q.  He told you it would be in your packet.  Did you
14 have an understanding about what he was referring to when
15 he said "packet"?
16     A.  My employment packet.
17     Q.  Your employment packet.  Did you receive an
18 employment packet from him?
19     A.  Yes.
20     Q.  Was there a document that addressed the $50,000
21 salary?
22     A.  Yes.
23     Q.  Can you describe that document for me?

60

1    A.   It just said $50,000 salary.
2    Q.   Did you have a space to sign that document?
3    A.   I don't recall.
4    Q.   Was it signed by anyone from Citizens?
5    A.   I don't recall.
6    Q.   When's the last time you've seen that document?
7    A.   When I did all of my Citizens paperwork.
8    Q.   At the beginning of your employment?
9    A.   Yes.
10   Q.   Do you remember returning that document to
11 Citizens?
12   A.   However they wanted it, it was done, it was given
13 back to them that way.
14   Q.   Did you keep a copy of it?
15   A.   Whatever copies I had I gave to my attorney.
16   Q.   Now, does Exhibit 2 contain any statement regarding
17 your eligibility for a thousand dollar forgivable draw for
18 each million dollars in loans you originated in excess of
19 $50 million?
20   A.   I don't see it.
21   Q.   Did you ask Mr. Conn about that?
22   A.   Numerous times.
23   Q.   Did you ask him at the beginning of your

1   employment?
2   A.  Yes.
3   Q.  What did he say?
4   A.  That he would take care of it.
5   Q.  Did he ever give you a document that reflected that
6   thousand dollars in a forgivable draw?
7   A.  No.
8   Q.  Before your employment began, you told me that Bard
9   talked to you about a $50,000 salary, correct?
10  A.  correct.
11  Q.  And this thousand dollar forgivable draw for each
12  million dollars in loans in excess of 50 million, correct?
13  A.  Correct.
14  Q.  were there any other parts of compensation that he
15  talked to you about?
16  A.  At that time?
17  Q.  Yes, at the beginning of your employment.
18          MR. DiMAURO:  Objection.  can we go off the
19  record one moment.
20          (Discussion held off the record.)
21  Q.  Let me just ask you either prior to your employment
22  or at the beginning of your employment did you have
23  discussions with Mr. Scalli regarding other elements in