# **EXHIBIT 2**

1    Q.   At the time you signed this document on
2  February 22nd, 2001, did you confirm that it was
3  consistent with the verbal terms of employment that Mr.
4  Conn had offered you?
5    A.   Yes.  This document changed several times
6  because the verbal was different than the actual
7  document.
8    Q.   But at the time you signed it on February 22,
9  2001, at that time was it consistent with the verbal
10 terms that Mr. Conn had offered you?
11   A.   No.
12   Q.   It was inconsistent?
13   A.   Correct.
14   Q.   Okay.  How was it inconsistent at the time you
15 signed it?
16   A.   Compensation at time of hire is incorrect.
17   Q.   Okay.  And that appears on which page?
18   A.   That appears on the first page.
19   Q.   Under Section 2-A?
20   A.   Correct.
21   Q.   All right.  What was the verbal term that Mr.
22 Conn had offered you?
23   A.   It was thirty thousand.

```
 1        Q.   A $30,000 advance?
 2        A.   Yes.
 3        Q.   Did you receive an advance after your
 4   employment with Citizens started?
 5        A.   Yes.
 6        Q.   How much did you receive in advance?
 7        A.   Fifteen thousand.
 8        Q.   You only received fifteen?
 9        A.   Correct.
10        Q.   Now, when Mr. Conn gave you this letter that's
11   been marked as Exhibit 2, did you realize that section
12   2~A only stated a $15,000 advance?
13        A.   I don't remember.  I just know that it was
14   inconsistent with the verbal.
15        Q.   Do you remember telling Mr. Conn that that
16   section, Section 2-A, was inconsistent with what he had
17   verbally told you?
18        A.   Yes.
19        Q.   When did you tell him that?
20        A.   I don't remember when.
21        Q.   Doyou remember telling him that prior to when
22   you signed the document?
23        A.   I remember this first couple of pages changing
```

1  several times, and he had the signature page and told me
2  not to worry about it, that he would fix it. The first
3  two pages changed several times.
4      Q.  When you say they changed several times, did
5  the first two pages change during the course of your
6  employment at Citizens?
7      A.  During the course of accepting the, during the
8  course of the negotiation of what we spoke about for
9  compensation.
10      Q.  Do you have those other versions of Pages 1 and
11  2 of this letter?
12      A.  I don't know.
13      Q.  I need you to look and check in your files.
14  Those are documents that we have asked for, so it's
15  important, if you do have them, we would like to get
16  copies of them.
17      Now, you said after your employment with Citizens,
18  you only received the $15,000 advance. Is that correct?
19      A.  Yes.
20      Q.  So you did not receive a $30,000 advance. Is
21  that correct?
22      A.  No, I did not.
23      Q.  Did you complain about that?

LEAVITT REPORTING, INC.

17      A.  The basis points split is different. 70 basis
18  points.
19      Q.  Can you explain that?
20      A.  Yes. Instead of 56 on the bottom, this right
21  here would be like a normal document, mine was different.
22      Q.  Soinstead —
23      A.  What I had worked out with him was different.

LEAVITT REPORTING, INC.

53

1   A.   It's a loan officer commission incentive report.
2   Q.   Now, this document I'll represent was produced by
3   your counsel to us pursuant to a document request we made.
4   Did you maintain copies of these documents?
5   A.   Yes, some of them I did.
6   Q.   Where did you get the information on these
7   documents?
8   A.   From Bard, he would give me these every single
9   month.
10  Q.   Now, can you, it's a multipage document, but you
11  indicated that you were not paid commissions on certain
12  loans that were in your pipeline and that that failure to
13  pay constitutes part of this $300,000 damage figure that
14  you've identified. Can you tell me which loans that were
15  in your pipeline that you were not paid on from this
16  document?
17  A.   I wouldn't be able to tell from this document.
18  Loans closed by, this looks like December. I'd have to
19  look through every single one. This looks like it's ending
20  in December. There's November. Gees, they're kind of all
21  messed up. See how this one has the ones but this one
22  doesn't? The way these are printed, so I can't really tell
23  unless I looked at, I wouldn't be able to tell with this

# **<u>EXHIBIT 2</u>**

1    Q.    At the time you signed this document on
2    February 22nd, 2001, did you confirm that it was
3    consistent with the verbal terms of employment that Mr.
4    Conn had offered you?
5    A.    Yes.  This document changed several times
6    because the verbal was different than the actual
7    document.
8    Q.    But at the time you signed it on February 22,
9    2001, at that time was it consistent with the verbal
10   terms that Mr. Conn had offered you?
11   A.    No.
12   Q.    It was inconsistent?
13   A.    Correct.
14   Q.    Okay.  How was it inconsistent at the time you
15   signed it?
16   A.    Compensation at time of hire is incorrect.
17   Q.    Okay.  And that appears on which page?
18   A.    That appears on the first page.
19   Q.    Under Section 2-A?
20   A.    Correct.
21   Q.    All right.  What was the verbal term that Mr.
22   Conn had offered you?
23   A.    It was thirty thousand.

```
 1      Q.   A $30,000 advance?
 2      A.   Yes.
 3      Q.   Did you receive an advance after your
 4   employment with Citizens started?
 5      A.   Yes.
 6      Q.   How much did you receive in advance?
 7      A.   Fifteen thousand.
 8      Q.   You only received fifteen?
 9      A.   Correct.
10      Q,   Now, when Mr. Conn gave you this letter that's
11   been marked as Exhibit 2, did you realize that section
12   2-A only stated a $15,000 advance?
13      A.   I don't remember.  I just know that it was
14   inconsistent with the verbal.
15      Q.   Do you remember telling Mr. Conn that that
16   section, Section 2-A, was inconsistent with what he had
17   verbally told you?
18      A.   Yes.
19      Q.   When did you tell him that?
20      A.   I don't remember when.
21      Q.   Do you remember telling him that prior to when
22   you signed the document?
23      A.   I remember this first couple of pages changing
```

1  several times, and he had the signature page and told me
2  not to worry about it, that he would fix it.  The first
3  two pages changed several times.
4      Q.   When you say they changed several times, did
5  the first two pages change during the course of your
6  employment at Citizens?
7      A.   During the course of accepting the, during the
8  course of the negotiation of what we spoke about for
9  compensation.
10     Q.   Do you have those other versions of Pages 1 and
11 2 of this letter?
12     A.   I don't know.
13     Q.   I need you to look and check in your files.
14 Those are documents that we have asked for, so it's
15 important, if you do have them, we would like to get
16 copies of them.
17     Now, you said after your employment with Citizens,
18 you only received the $15,000 advance.  Is that correct?
19     A.   Yes.
20     Q.   So you did not receive a $30,000 advance.  Is
21 that correct?
22     A.   No, I did not.
23     Q.   Did you complain about that?

1    Q.    Just verbally?

2    A.    Yes.

3    Q.    What else about this offer letter that has been
4 marked as Exhibit 2 is inconsistent with the verbal terms
5 of employment that Mr. Conn discussed with you?

6    A.    The commission rates.

7    Q.    Where do those commission rates appear?

8    A.    On the lower, bottom part of the page.

9    Q.    On Page 1?

10   A.    After C, yes, on Page 1.

11   Q.    Why are those commission rates that appear at
12 the bottom of Page 1 inconsistent with what Mr. Conn told
13 you?

14   A.    Because verbally it was different than what
15 this paper says.

16   Q.    What did he tell you verbally?

17   A.    The basis points split is different.  70 basis
18 points.

19   Q.    Can you explain that?

20   A.    Yes.  Instead of 56 on the bottom, this right
21 here would be like a normal document, mine was different.

22   Q.    So instead --

23   A.    What I had worked out with him was different.

53

1    A.  It's a loan officer commission incentive report.
2    Q.  Now, this document I'll represent was produced by
3  your counsel to us pursuant to a document request we made.
4  Did you maintain copies of these documents?
5    A.  Yes, some of them I did.
6    Q.  Where did you get the information on these
7  documents?
8    A.  From Bard, he would give me these every single
9  month.
10   Q.  Now, can you, it's a multipage document, but you
11 indicated that you were not paid commissions on certain
12 loans that were in your pipeline and that that failure to
13 pay constitutes part of this $300,000 damage figure that
14 you've identified. Can you tell me which loans that were
15 in your pipeline that you were not paid on from this
16 document?
17   A.  I wouldn't be able to tell from this document.
18 Loans closed by, this looks like December.  I'd have to
19 look through every single one.  This looks like it's ending
20 in December.  There's November.  Gees, they're kind of all
21 messed up.  See how this one has the ones but this one
22 doesn't?  The way these are printed, so I can't really tell
23 unless I looked at, I wouldn't be able to tell with this