UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.                                                                              Civil Action No. 03-12413-DPW

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

### DEFENDANT'S MOTION TO STRIKE PARAGRAPH 4 OF THE AFFIDAVIT OF JEAN BARBOSA

Defendant Citizens Financial Group, Inc. hereby moves to strike paragraph 4 of the affidavit of Jean Barbosa, which was filed in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, for the following reasons:

1.   Mr. Barbosa's testimony that he "never had a discussion with Eleanor Scalli regarding purchasing any property that she owned while she was employed at Citizens Mortgage," Barbosa Aff. at ¶ 4, directly conflicts with Mr. Scalli's testimony. Mr. Scalli testified that the day after Ms. Scalli's termination from employment he knew that "Eleanor [Scalli] was ... selling Mr. Barbosa that building [208 Maverick Street]." Tab 1 (R. Scalli Dep. at 130-132). Plaintiffs may not proffer testimony of Mr. Barbosa that contradicts with Mr. Scalli's testimony to avoid summary judgment. *See Torres v. E.I. DupontDe Nemours & Co.*, 219 F.3d 13, 20 (1st Cir. 2000) (It is settled that when an interested witness has given clear answers to unambiguous questions, he cannot create a conflict and resist summary judgment with an affidavit that is clearly contradictory, but does not give a satisfactory explanation of why the testimony is changed) (citations omitted); *Prosser v. Ross,* 70 F.3d 1005, 1008 (8th Cir. 1995)

("We have held that a party cannot avoid summary judgment by contradicting his own earlier testimony ... Surely ... the principle ... will extend to one in which a plaintiff attempts to avoid summary judgment by proffering testimony from another person that contradicts the plaintiff's own testimony").

For these reasons, paragraph 4 of Mr. Barbosa's affidavit should be stricken.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

/s/ Anne M. Gaeta
Bradford J. Smith (BBO No. 550325)
Anne M. Gaeta (BBO No. 643299)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: August 11, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendant has spoken to counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

/s/ Bradford J. Smith
Bradford J. Smith

LIBB/1363959.2