# **EXHIBIT 1**

130

```
 1    A.   1003.
 2    Q.   1003?
 3    A.   Yes.
 4    Q.   Thank you.  Did you later become aware that
 5  Mr. Barbosa was purchasing a Maverick Street property from
 6  Eleanor?
 7         MR. DiMAURO:  Objection.
 8    A.   what does the word "later" mean, like when did I
 9  become aware of this?
10    Q.   Sure, when did you become aware?
11    A.   After the suspension, after, during my suspension.
12    Q.   During the two-week suspension period?
13    A.   Yes.  I called her up and, when I called Joyce
14  Hicks up on the phone and I told her I didn't own that
15  building.
16    Q.   Okay.  What did you say to her?
17    A.   Joyce, hi, it's Bob, it's not my building.  Bard,
18  hi, it's Bob, it's not my building.  Bard said it's out of
19  his hands.  Joyce Hicks said she'd look into it.
20    Q.   Did you tell Joyce that Eleanor was selling the
21  building to Mr. Barbosa?
22         MR. DiMAURO:  Objection.
23    A.   No, I just answered her question.
```

1        MR, DiMAURO: Objection.

2   A. Because she asked if it was my building.

3   Q. Just so the record's clear, I'm not sure, did you
4 tell Joyce Hicks whether or not Mr. Barbosa was purchasing
5 the building from Eleanor?

6   A. I don't understand what you mean by that.

7   Q. You said you called Joyce Hicks during your
8 suspension period?

9   A. I called Joyce Hicks.

10   Q. You also told me that during the suspension
11 period --

12   A. The day after the suspension. I was suspended and
13 I called her back the very next morning.

14   Q. At the time you called her back, did you know that
15 Eleanor was selling Mr. Barbosa the Maverick Street
16 property?

17   A. I knew that it wasn't my building and that Eleanor
18 was selling her, selling Mr. Barbosa that building.

19   Q. And you knew that. Did you tell Joyce Hicks that?

20   A. she didn't ask that.

21   Q. I didn't ask you that.

22   A. No, I didn't.

23   Q. Did you tell her that?

1    A.   NO.

2    Q.   why not?

3    A.   I don't want to say no definitely.  we had a
4  conversation which was like a minute or two, and she was
5  kind of in a hurry to get me off the phone.  Basically she
6  just told me that, I just gave her the information that I
7  gave her and I told her that Joyce this is what it is, I'm
8  going to call Bard after I hang up with you, and that's
9  what happened.

10   Q.   So you don't remember telling her --

11   A.   I don't.

12   Q.   -- that Eleanor was selling Mr. Barbosa the
13 Maverick Street property?

14   A.   At that time I don't remember.

15   Q.   Had you ever issued a loan denial in your capacity
16 as a loan originator?

17   A.   I never have.

18   Q.   You never have.  During your employment at
19 Citizens, were you authorized to issue loan approvals or
20 loan denials?

21   A.   Everything went through, went on to Eleanor's
22 pipeline, so she was really in control of the pipeline
23 because it was under her --