# **EXHIBIT 1**

117

1    A.   The one where Armando was in East Boston.
2    Q.   Okay.  And what's your testimony about what they
3  said?
4    A.   My testimony about what they said is that I was
5  getting indicted for some type of bank fraud.
6    Q.   You remember that now?
7    A.   Now that we're talking about it I do.
8    Q,   Did you look at any documents during the recent
9  break?
10   A.   None.
11   Q.   How did you find out about this supposed statement?
12   A.   The realtors like to gossip, all the realtors do,
13 the realtors like to gossip, and I remember one of the
14 realtors, her name is Peggy, said something that somebody
15 said something that I was being indicted for bank fraud,
16 and I screamed, I said "That is not true."
17   Q.   Just so I'm clear, how many realtors were part of
18 this conversation that you're describing?
19   A.   The conversation I had was with one realtor.
20   Q.   Peggy?
21   A.   Yes.
22   Q.   And Peggy told you that she had heard that you were
23 being indicted?

1   A.  Actually, Peggy didn't say it, her boyfriend Ed
2   said it and then I went to Peggy and Peggy told me, that's
3   how it went.  And Ed installs carpets for me in some of my
4   buildings.  So one of the realtor's boyfriends initially
5   approached me with it, and then I went to her with it and
6   said "what are you talking about?"  And then she told me
7   that she heard through this woman that I was getting
8   indicted for bank fraud.
9   Q.  And when you say through this woman, this is the
10  woman in the East Boston Citizens branch?
11  A.  Correct.
12  Q.  So that Peggy told you that the woman from the East
13  Boston branch had told her that?
14  A.  Yes.
15  Q.  And you told Peggy that's not true?
16  A.  Absolutely.
17  Q.  Did you say anything else to Peggy?
18  A.  Yeah, Ed better get finished on 197's carpets.  I
19  was pretty upset that he actually took a deposit from me
20  and didn't finish installing carpets on a basement floor.
21  Q.  197?
22  A.  Bunker Hill Street.
23  Q.  Anything else between you and Peggy discussed?

1     A.   How upset I was.  I mean I was upset the fact that
2  she was saying I was being indicted for bank fraud when I
3  was suspended and that I was terminated and now I'm being
4  indicted.
5     Q.   No, no, I'm sorry.
6     A.   I mean that's what I said to Peggy.  I said,
7  "Peggy, it's not indictments.  What's happening is there's
8  an investigation; something's going on, I don't know, but
9  I'm not being indicted," and when one realtor talks, they
10 all talk, and now that affects me getting mortgages from
11 these people, from the realtors who I rely on to make my
12 livelihood with.
13    Q.   Were there other realtors that you're aware were
14 talking about this other than Peggy?
15    A.   There was one from Revere but I can't remember her
16 name.  I can't remember her name off the top of my head.
17    Q.   what did she say?
18    A,   The same thing, that she heard a rumor that I was
19 being indicted for bank fraud.
20    Q.   She said the same thing to you?
21    A.   Yes.
22    Q.   Did she tell you how she learned about that?
23    A.   She just said she heard it.

1  months. very damaging to my reputation too, not to say the
2  least.
3      Q. How do you know that Citizens employees told
4  brokers that?
5      A. I was told.
6      Q. Who told you?
7      A. Javier Pico told me.
8      Q. Anybody else tell you?
9      A. Yes, there were several brokers who told me. Karen
10 from Carmichael Real Estate, she sticks out in my mind,
11 Danielle Felice, Rosemary Galindo, a couple more that I
12 can't really recall.
13     Q. All right, what's Karen's last name?
14     A. I have no idea.
15     Q. She's at Carmichael Real Estate presently?
16     A. Yes, mm-hmm.
17     Q. Where is that located?
18     A. You know what, I don't know, maybe Revere.
19     Q. Danielle Felice, Rosemary Galindo?
20     A. Yes, she's a broker at RE/MAX.
21     Q. Where is Danielle Felice?
22     A. I don't know. I don't know if she even does real
23 estate any more. Someone told me she's doing appraisals