UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

Civil Action No. 03-12413-DPW

## DEFENDANT'S MOTION TO STRIKE PARAGRAPH 9 OF THE AFFIDAVIT OF JAVIER F. PICO

Defendant Citizens Financial Group, Inc. hereby moves to strike paragraph 9 of the affidavit of Javier F. Pico, which was filed in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment for the following reasons:

1. Pursuant to Federal Rule of Civil Procedure 56(e) "[s]upporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to matters stated therein." *Id.* If statements in an affidavit are not based on personal knowledge, they should be disregarded. *See Maiorana v. MacDonald,* 596 F.2d 1072, 1080 (1st Cir. 1979) (statements in affidavit must be made on personal knowledge).

2. Mr. Pico states that: "Victoria Noel, while employed at Citizens Mortgage Company, *informed in* February of 2003, that Robert Scalli and Eleanor Scalli were being indicted for bank fraud." Pico Aff. at ¶ 9 (emphasis added). Mr. Pico's affidavit fails to indicate *who* was allegedly informed about Ms. Noel's statement. Mr. Pico's failure to disclose who was

informed of this alleged statement evidences his lack of personal knowledge concerning this issue.

For these reasons, paragraph 9 of Mr. Pico's affidavit should be stricken.

>Respectfully submitted,
>
>CITIZENS FINANCIAL GROUP, INC.
>
>By its attorneys,
>
>/s/ Anne M. Gaeta
>Bradford J. Smith (BBO No. 550325)
>Anne M. Gaeta (BBO No. 643299)
>Goodwin Procter LLP
>Exchange Place
>Boston, Massachusetts 02109-2881
>(617) 570-1000

Dated: August 11, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendant has spoken to counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth in the foregoing motion and report that no resolution on these matters was reached.

>/s/ Bradford J. Smith
>Bradford J. Smith

LIBB/1364651.1