1  A.  I want my money.
2  Q.  But did you identify what you meant by money?
3       MR. DiMAURO:  Objection.
4  A.  Just money.
5  Q.  What did Bard say during that conversation?
6  A.  I'll take care of it, don't worry.
7  Q.  But you said you were going to talk to Steve Adamo?
8  A.  Then I said I'm tired of listening to this.  I want
9  to talk to Steve Adamo.
10 Q.  And what did he say?
11 A.  He said he would get back to me on that and he said
12 that, at some point Steve Adamo had left Citizens for a
13 short period.  He took a job somewhere or something, and he
14 just was coming back to Citizens.  At the time Bard was the
15 acting guy; he was the main guy in the whole department.
16 Q.  Did Mr. Conn say anything else in response to your
17 statement that you were going to talk to Steve Adamo?
18 A.  He was heated.  He sounded really edgy and
19 irritated.
20 Q.  Do you remember what words he used?
21 A.  He was just very stern.  I've never heard him talk
22 like this.
23 Q.  Do you remember what he said?

1       A.  I'll take care of it, you know what to do, sit
2  there and be quiet and I'll take care of it.
3       Q.  Did you ever speak to Steve Adamo?
4       A.  Never.
5       Q.  Did you ever try to call him?
6       A.  I wouldn't go over Bard's head.
7       Q.  So it's fair to say you never tried to call him?
8       A.  Yes.
9       Q.  Okay.  Had you ever met Steve Adamo?
10      A.  No.  Once I shook his hand at a function but he was
11 giving a speech and it was over and he left.
12      Q.  Do you remember when that was?
13      A.  I don't.
14      Q.  Or where the function was?
15      A.  It was in a hotel.
16      Q.  Do you remember what the, was it during your first
17 year of employment or your second year of employment?
18      A.  I think second year when he just came back to
19 Citizens, and he was talking about they did a million
20 dollars or something in sales or whatever about that time.
21      Q.  Did you attend the function at the casino?
22      A.  No.
23      Q.  Why?

1    A.  We never went to functions.  Bard told us not to
2 go.
3    Q.  But to be clear, you had told Mr. Conn that you
4 were going to speak with Steve Adamo at that function at
5 the casino, is that correct?
6    A.  I believe it was the casino.  I'm not sure but I
7 believe it was.
8    Q.  But you decided not to attend the casino function?
9    A.  I was suspended at that time.
10    Q.  You were suspended?
11    A.  Yes.  When that happened I was suspended.
12    Q.  Did you, at the meeting when you were suspended,
13 did you tell anyone about Bard's promise of the $50,000
14 salary?
15    A.  They were asking me questions.
16    Q.  No, but, and I'm asking you, did you tell anyone
17 about the $50,000 salary?
18    A.  I didn't know who to talk to.
19    Q.  Well, did you tell anyone about that issue at the
20 suspension meeting?
21    A.  No.
22    Q.  Okay, thank you.
23         Did you, do you know whether Eleanor was