1   that any loan originator had done at that point.
2   It's not unusual for that to happen.
3   Q. So what you are telling me is that every file
4   was audited that was originated by Robert or
5   Eleanor Scalli?
6   A. I can't say that every file was. But a large
7   sampling was.
8   Q. Who did that large sampling?
9   A. Audit.
10  Q. Who specifically did that?
11  A. There was a team of people. Auditors don't work
12  independently. They work as a group.
13  Q. Who was on the team?
14  A. Bill McCarthy, Mike Ianetta, and there was one
15  other woman. I don't know her name.
16  Q. Now --
17  A. There would be others. Those are the only names
18  I'm aware of.
19  Q. You have used the term, "large samplings." How
20  many files were audited?
21  A. I don't know an exact number. They were big
22  producers. They did a lot of loans. I don't
23  know the exact number.
24  Q. So how many loans did either Eleanor or Bob

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | that if there was an issue, there was missing                   |
| 2  |    | documentation or the customer failed to produce                 |
| 3  |    | information.  If they are held, it's normally                   |
| 4  |    | because there is a problem with the customer or                 |
| 5  |    | problem with the loan or the customer has                       |
| 6  |    | requested to postpone the closing date.                         |
| 7  | Q. | But the way you've described it, Eleanor only                   |
| 8  |    | got paid commissions on closed loans up to                      |
| 9  |    | February 4th, 2003?                                             |
| 10 | A. | Correct.                                                        |
| 11 | Q. | But there were other loans in her pipeline that                 |
| 12 |    | she had originated which she didn't get paid                    |
| 13 |    | for?                                                            |
| 14 | A. | Correct, which is what we do with anyone who                    |
| 15 |    | leaves because the loan hasn't gotten to closing                |
| 16 |    | yet and another loan officer needs to pick up                   |
| 17 |    | that loan and see it through to closing.                        |
| 18 | Q. | You don't know how much money she lost as a                     |
| 19 |    | result of the termination?                                      |
| 20 | A. | No.                                                             |
| 21 | Q. | You never looked at that?                                       |
| 22 | A. | No.                                                             |
| 23 | Q. | Did Bard Conn ever look at that?                                |
| 24 | A. | I don't know.                                                   |