1      A.   I can't recall.

2      Q.   Did you get a job offer shortly after the interview

3  with Mr. Farrelly?

4      A.   I went to work for them, yes.

5      Q.   Do you believe that someone at Citizens said that

6  you were, you had been indicted or fired for bank fraud?

7      A.   Yes.

8      Q.   Why do you believe that?

9      A.   Because Ed Martinez, who was the boyfriend of one

10 of the realtors, came and told me.

11     Q.   Any other reasons why you believe that?

12     A.   Well, he told me that all the realtors -- he asked

13 me if it was true, and I said is what true, and he said

14 Peggy said, Peggy being Peggy Pratt, that me and my wife

15 were being indicted on bank fraud, and I asked him where he

16 heard that, and he told me that her best girlfriend worked

17 at Citizens Bank and told her.

18     Q.   Do you know who Peggy Pratt's best girlfriend is?

19     A.   Her name is Diana.

20     Q.   Do you know her last name?

21     A.   Franc, Franco, Diana Franco.

22     Q.   Diana Franco?

23     A.   Yes.

1    Q.  Do you know Diana Franco?

2    A.  I've met her.

3    Q.  Have you talked to her recently?

4    A.  I haven't.

5    Q.  Or seen her recently?

6    A.  No.

7    Q.  Have you seen Peggy Pratt recently?

8    A.  No, I haven't.

9    Q.  Or talked to her?

10   A.  No.

11   Q.  How about Ed Martinez?

12   A.  About 6 months ago.

13   Q.  How did you run into him?

14   A.  He does carpet installations for me.

15   Q.  Are there any other reasons why you think that

16  someone from Citizens was making statements of the sort

17  that you were indicted or had been fired for bank fraud?

18   A.  Yes.

19   Q.  What other reasons?

20   A.  Steve Rousell called, when I was working a

21  building, Steve Rousell called me up and asked me how

22  everything was going, heard that I was getting in trouble.

23  He works for Citizens.

1    Q.    Obviously this was after your termination.    How

2    long after your termination did Steve Rousell call you?

3    A.    A few months.

4    Q.    A few months.    Other than saying I heard you were

5    getting in trouble, did he say anything else?

6    A.    Yeah, he said that Bard left or Bard's leaving or

7    something to that effect.

8    Q.    Did he say anything else about what trouble he

9    thought you were getting in?

10    A.    Just saying that he heard rumors that a lot of

11    realtors aren't using me any more because of myself being

12    indicted on bank fraud charges.

13    Q.    Did he say how he knew that?

14    A.    I believe what he said to me was that he spoke to

15    some realtors.

16    Q.    Do you recall anything else about that

17    conversation?

18    A.    No.

19    Q.    Did you hear from anyone else relative to these

20    rumors or statements that you had been indicted or were

21    fired for bank fraud, statements of that sort?

22    A.    Yes.

23    Q.    What did you hear?

1    A.   Francisco Espelliate.

2    Q.   Now, Francisco used to be --

3    A.   -- Eleanor's assistant.

4    Q.   What did you hear from him?

5    A.   I saw him up at the restaurant up on Route 1,

6  Bertucci's, and he said "I heard you and Eleanor are

7  getting in trouble."

8    Q.   Did he say how he had heard?

9    A.   No.  He laughed.

10    Q.   Did he indicate what he meant by getting in

11  trouble?

12    A.   With Citizens Bank is what he said.

13    Q.   Did he indicate what type of trouble?

14    A.   No.

15    Q.   Any other reasons why you believe that Citizens

16  made statements concerning being indicted, you being

17  indicted for bank fraud or being fired for bank fraud?

18    A.   Well, all the, Ed Martinez -- there was a big

19  connection of realtors inside of East Boston, and they all

20  kind of use the same people.  When I say same people, you

21  know, the same lawyers, the same everybody, and I asked my

22  lawyer, I said how come, how come like Peggy's not calling

23  me or Marisol Aldana is not calling, how come Louis

1 Gonsales isn't calling, how come Rodrigues and Gould is not

2 calling, how come the phone, people just stopped calling,

3 and my attorney, Javier Pico, told me that they have all

4 been saying to him that they don't want to do business with

5 us because they heard that Citizens Bank, someone from

6 Citizens Bank said we were being indicted on bank fraud

7 charges.

8     Q.   Did Mr. Pico tell you who from Citizens had told

9 these other realtors that you were being indicted?

10    A.   I can't recall.

11    Q.   You don't recall if Mr. Pico told you that?

12    A.   If he said -- ask the question again.

13    Q.   Do you recall if Mr. Pico told you who at Citizens

14 had told the realtors that you were being indicted?

15    A.   Yes.

16    Q.   who?

17    A.   Vicky, someone named Vicky.  She works at a bank in

18 East Boston.

19    Q.   Vicky Noel?

20    A.   That's the name.

21    Q.   Did Mr. Pico say, identify anyone else?

22    A.   That said -- from Citizens or from the realtors,

23 which is the question?