**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
  **Plaintiffs,**
v.           CIVIL ACTION NO.: 03CV-12413DPW

**CITIZENS FINANCIAL GROUP, INC.**
  **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PARAGRAPH 9 OF THE AFFIDAVIT OF JAVIER F. PICO

Plaintiffs, Robert and Eleanor Scalli, hereby oppose the Defendant's Motion to Strike Paragraph 9 of the Affidavit of Javier F. Pico, which was filed in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment for the following reasons:

1. The Affidavit of Javier F. Pico states that it is made on his personal knowledge. Pico Aff. at ¶ 1. Hence, it is clear that he was informed by CMC in February of 2003 that Mr. Scalli and Mrs. Scalli were being indicted for bank fraud. *Id.*; Complaint at 23.

2. The Defendant does not state in its motion for summary judgment, undisputed material facts, or its memorandum in support of its motion for summary judgment, that it is undisputed that Mr. Pico was not contacted by Ms. Denise Noel. Hence, there is no issue presently before this court.

3. The Defendant did, however, claim that Mr. Pico was an agent of Mr. or Mrs. Scalli at the time the statement was published by Ms. Noel. See Defendant's Memorandum of Law in Support of its Motion for Summary Judgment at 22.

4.  The Defendant has offered absolutely no evidence for the bald assertion that Mr. Pico was an agent for Mr. or Mrs. Scalli at the time of publication, and the Defendant has conceded that the publication was made to Mr. Pico. See Defendant's Memorandum in Support of it Motion for Summary Judgment at 22.

5.  Based on the Complaint filed by the Plaintiffs and the Defendant's Statement of Undisputed Facts with supporting Memorandum, any suggestion that Mr. Pico was not the person directly informed on February of 2003 of the per se defamatory statements, is without merit.

Based on all the foregoing, this Honorable Court should deny the Defendant's Motion to Strike Paragraph 9 of Javier Pico's Affidavit.

> Respectfully submitted,
> The Plaintiffs, Eleanor Scalli and Robert Scalli
> By their attorneys,
>
> /s/ Mark E. Burke
> _____
> Mark E. Burke – BBO#556166
> Law Office of Mark E. Burke
> 111 South Bedford Street, Suite 208
> Burlington, Massachusetts 01803
> (781) 273-3801
>
> /s/ Nicholas J. Di Mauro
> _____
> Nicholas J. Di Mauro – BBO#564241
> Law Offices of Nicholas J. Di Mauro
> 111 South Bedford Street, Suite 208
> Burlington, Massachusetts 01803
> (781) 273-3801