

1    A.   No.

2    Q.   After you were suspended from employment but before

3  you received notice that you had been terminated, did you

4  talk to anyone at Citizens?

5              MR. DiMAURO:   Objection.

6    A.   Which time are you referring to?

7    Q.   Well, there's only one time you were suspended from

8  employment, correct?   Do you remember when you were

9  suspended in February of 2003?

10   A.   Yes.

11   Q.   Okay.   During the period of time approximately two

12 weeks while you were on suspension but before you got

13 notice that your employment had been terminated, did you

14 talk to anyone from Citizens?

15   A.   Joyce Hicks.

16   Q.   Did you call Joyce?

17   A.   Yes.

18   Q.   What happened during that phone call?

19   A.   She asked me a question during my suspension

20 hearing and I called her up to give her the response.

21   Q.   What question did she ask you?

22   A.   If I owned a certain building.

23   Q.   What building?

1      A.   A building in East Boston.

2      Q.   Can you give me the address?

3      A.   I don't know it off the top of my head.

4      Q.   Is it a building on Maverick Street?

5      A.   It could be.

6      Q.   Is it a building that was later sold to someone you

7  knew?

8      A.   I know lots of people.

9      Q.   Was it a building purchased by Mr. Barbosa?

10     A.   It could have been.

11     Q.   Is there anything that would help you remember

12 which building?

13     A.   The purchase and sale.

14     Q.   But that's just going to identify Mr. Barbosa on

15 Maverick Street.  I'm asking you --

16     A.   I don't recall.

17     Q.   You don't.

18          MR. DiMAURO:  Objection.

19     Q.   So you don't recall which building she asked you

20 about?

21          MR. DiMAURO:  Objection.

22     A.   I don't recall.

23     Q.   What response did you give her when you phoned her?

1    A.    "Hi Joyce, it's Bob, I don't own that building."

2  Okay, and then I called Bard after that and I said "Bard, I

3  don't own that building."

4    Q.    Did you talk about anything else with Joyce?

5    A.    Not that I can recall.

6    Q.    Did you tell her at all about your salary and the

7  fact that Bard Conn promised you a salary?

8    A.    I asked her if I could do all my loans and she

9  said --

10    Q.    If you could do what?

11    A.    Do all my loans.  I had loans pending.

12    Q.    You had loans pending?

13    A.    Yes, that were --

14    Q.    They were under Eleanor's name?

15    A.    Correct.  And I said "Now that Eleanor's terminated

16  how am I going to get paid?  Like, how am I going to do my

17  loans now?  I want all my loans that I put under her; I

18  want them back to me."  I told her this.

19    Q.    What did she say?

20    A.    I'll look into it.

21    Q.    Did you say anything to her about the fact that

22  Bard Conn had promised you a salary?

23    A.    No.

1    Q.  Did you say anything else to her during this

2  conversation?

3    A.  Not that I can recall.

4    Q.  Now, you said you also called Bard Conn, is that

5  right?

6    A.  Yes.

7    Q.  Tell me about that conversation.

8    A.  "Bard, it's Bob.  I don't want to lose my job at

9  Citizens.  I don't own that building."

10    Q.  Was it a building on Maverick Street?

11          MR. DiMAURO:  Objection.

12    Q.  What building are you talking about?

13    A.  I'm not sure.  I looked at all my buildings and

14  that wasn't one of them.

15    Q.  How many buildings did you own?

16    A.  Four, five.

17    Q.  Can you tell me which buildings you owned?

18    A.  197 Bunker Hill Street.

19    Q.  In Charlestown?

20    A.  Yes, 206 Bunker Hill Street in Charlestown.  84

21  Bunker Street in Charlestown.  I forget, two more in

22  Winthrop but I forget the addresses.

23    Q.  But none in East Boston, is that right?

1    A.   I may have owned one in East Boston in the past but

2 it wasn't the one she asked me for.

3    Q.   And she was asking about a building in East

4 Boston --

5    A.   Yes.

6    Q.   -- correct?

7    A.   She did ask me about a building.

8    Q.   At the suspension meeting, she asked you whether

9 you owned a particular building in East Boston?

10    A.   And I said yes.

11    Q.   And you said you'd get back to her?

12    A.   I said "I'll have to look into it.  I'll get back

13 to you on that.  I don't know.  I own many buildings."

14    Q.   But at the time you didn't own any buildings in

15 East Boston?

16    A.   I wasn't sure.  I may have; I may not have.  I

17 didn't know.  I own lots of buildings.

18    Q.   But you later --

19    A.   I've owned lots of buildings in East Boston.

20    Q.   But you confirmed at the time you didn't own any

21 buildings in East Boston?

22              MR. DiMAURO:  Objection.

23    A.   No, no, I said to her I'd have to get back to her.

1    Q.   And when you got back to her, you confirmed that

2   you didn't own --

3    A.   The building in question.

4    Q.   In fact, you didn't own any buildings in East

5   Boston, did you?

6                MR. DiMAURO:   Objection.

7    A.   I didn't say that.

8    Q.   I understand that, but the reality is, whether you

9   said it or not, you didn't own any buildings in East Boston

10  at this time, did you?

11   A.   I wasn't sure if I did.

12   Q.   But now you are?

13   A.   I've owned lots of buildings in East Boston,

14  correct.

15   Q.   But at the time of your suspension, now you know

16  you didn't own any buildings in East Boston, did you?

17                MR. DiMAURO:   Objection.

18   A.   I didn't own the building that she was talking

19  about in East Boston.

20   Q.   And you didn't own any other buildings in East

21  Boston, did you?

22   A.   I'm not sure of the time frame.

23   Q.   Well, you just told me at the time frame you owned

1  three buildings on Bunker Hill Street in Charlestown --

2     A.   Mm-hmm.

3     Q.   -- and that you owned two other buildings in

4  Winthrop?

5     A.   It could be Winthrop, it could be East Boston, but

6  I'm not sure of the time frames.

7          MR. DiMAURO:  Objection.  I think what he

8  said is there were buildings beyond what he told you he may

9  have owned.  I think that was his testimony, Brad.

10         MR. SMITH:  The record will stand for what it

11 is.  Let's get this marked please.

12         (Exhibit No. 6 marked.)

13    Q.   Let me show you a copy of the Complaint that was

14 filed in this action.  I want to direct you to Paragraph 5.

15         (Document Perusal.)

16    Q.   The second sentence of Paragraph 5 says that

17 Citizens gave Eleanor and Robert Scalli inter alia -- which

18 means among other things -- promises and assurances orally

19 and in writing regarding bonuses, commissions and wages as

20 well as other benefits.  Mr. Scalli, have you told me about

21 all of the promises Citizens gave you regarding your

22 bonuses, commissions and wages as well as other benefits?

23    A.   That I can remember at this time.