

1   A.   I presently don't recall.
2   Q.   Is there anything that would help you recall?
3        MR. DiMAURO:  Objection.
4   A.   I don't recall.
5        MR. DiMAURO:  He's answered it like three
6   times.
7   Q.   In item 9, Mr. Scalli, you stated that Jean Barboza
8   is expected to testify relative to a real estate
9   transaction and a denial letter.  Which real estate
10  transaction do you expect Jean Barboza to testify about?
11  A.   There's two number 9's on this page.
12  Q.   Good, let's go with the first No. 9, the one that
13  deals with Jean Barboza.
14  A.   I don't know.
15  Q.   Well, were you involved in a real estate
16  transaction with Jean Barboza?
17  A.   No.
18  Q.   Was your wife?
19  A.   I don't know.
20  Q.   You indicate here that Jean Barboza is expected to
21  testify relative to a denial letter.  Do you know which
22  denial letter that is?
23  A.   No.