# EXHIBIT 1

1  A.  I don't remember.

2  Q.  You don't remember, all right.  But you're talking
3  now about loans that were in your pipeline as of the date
4  that you were terminated?

5  A.  Yes, and it could have been loans that were closed.
6  I would have to go back and look at every single one.

7  Q.  Okay.

8         MR. DiMAURO:  Before you ask the next
9  question, can I have a one-minute break?

10         MR. SMITH:  Sure.

11         (Recess taken.)

12  Q.  Ms. Scalli, the $65,000 bonus that you claim that
13  you are owed for loans closed during 2002, did that include
14  loans that were originated by your husband, Robert?

15  A.  Bard had something different worked out with
16  Robert, and I don't remember exactly what it was.  I just
17  remember the thousand for every million closed under me.

18  Q.  Now, but when Robert originated loans, they went
19  into your pipeline, correct?

20  A.  Correct.

21  Q.  So would the $65 million figure of total loans that
22  you closed during 2002 include loans that your husband,
23  Robert, originated?

1  A. Well, that was the thing, Bard put them all under
2  me, so I would have to answer your question yes because
3  that's the way he structured it.
4  Q. Okay.
5  MR. SMITH: I'm going to show you a set of
6  documents that your counsel produced to us. I don't have
7  copies of them right now, I can get copies of them, but,
8  and I can mark them, but -- and let's do that, why don't we
9  mark the whole group of them. For the record, I'm
10 producing them to you in the form that we received them, so
11 I think it would make sense if we mark them all as one
12 exhibit. It appears to be kind of --
13 MR. BURKE: However you want to do it.
14 MR. SMITH: It appears to be a run of
15 documents. Why don't we mark those please, Kathy, as
16 Exhibit No. 20.
17 (Exhibit No. 20 marked.)
18 Q. You've got in front of you a document that's been
19 marked as Exhibit 20. It appears to be a month end
20 commission report. Do you recognize that document?
21 (Document Perusal.)
22 A. Yes, I do.
23 Q. All right, can you tell me what it is?