**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

*******************************************
**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
          **Plaintiffs,**
**v.**                                    **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
          **Defendant.**
*******************************************

<u>**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**
**THE AFFIDAVIT OF ERIN GREEN**</u>

Plaintiffs, Robert and Eleanor Scalli, hereby oppose the Defendant's Motion to

Strike the Affidavit of Erin Green, which was filed in Support of Plaintiffs' Opposition to

Defendant's Motion for Summary Judgment for the following reasons:

1.      Fed. R. Evid. 801(c) is very clear in that … "a statement, other than one made by

        the declarant while testifying at the trial, or hearing offered in evidence to prove

        the truth of the matter asserted, is hearsay."

2.      Ms. Green's statement is not offered for the truth of the matter asserted by the

        Declarant, and, therefore, is not hearsay.  See Fed. R. Evid. 801(c).

3.      The statement made to Ms. Green is not offered to prove the truth of the matter

        asserted it is offered to show Ms. Felice's intent, plan, motive, mental being or

        state of mind as it specifically relates to the Affidavit procured by the Defendant

        in Support of its Motion for Summary Judgment.  See Fed. R. Evid. 803(3).

4.      Ms. Felice's statement to Ms. Green is probative on the issue of her state of mind,

        intent, plan and motive to provide the Defendant with a sworn affidavit stating she

        has no knowledge of Denise Noel or any negative statements made against the

1

Scallis that were specifically averred in the Plaintiffs' Verified Complaint.

Compl. ¶ 23.

5.    Ms. Green's affidavit does not contain statements of an undefined or amorphous

nature.  The statements specifically refer to this lawsuit, Mrs. Scalli, and

statements provided to Mrs. Scalli's attorney for a Verified Complaint.  Green

Aff. at ¶ 1.

6.    The Defendant's claim that the content of Ms. Green's affidavit violates Rule

56(e) because it is too amorphous to satisfy the rule is without merit.

Based on all of the foregoing, this Honorable Court should deny the Defendant's

Motion to Strike the Affidavit of Erin Green.

Respectfully submitted,
The Plaintiffs, Eleanor Scalli and Robert Scalli
By their attorneys,

/s/ Mark E. Burke
_____
Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801


/s/ Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801