# EXHIBIT



1    A.   The one where Armando was in East Boston.

2    Q.   Okay.  And what's your testimony about what they

3  said?

4    A.   My testimony about what they said is that I was

5  getting indicted for some type of bank fraud.

6    Q.   You remember that now?

7    A.   Now that we're talking about it I do.

8    Q.   Did you look at any documents during the recent

9  break?

10    A.   None.

11    Q.   How did you find out about this supposed statement?

12    A.   The realtors like to gossip, all the realtors do,

13  the realtors like to gossip, and I remember one of the

14  realtors, her name is Peggy, said something that somebody

15  said something that I was being indicted for bank fraud,

16  and I screamed, I said "That is not true."

17    Q.   Just so I'm clear, how many realtors were part of

18  this conversation that you're describing?

19    A.   The conversation I had was with one realtor.

20    Q.   Peggy?

21    A.   Yes.

22    Q.   And Peggy told you that she had heard that you were

23  being indicted?

1      A.  Actually, Peggy didn't say it, her boyfriend Ed

2   said it and then I went to Peggy and Peggy told me, that's

3   how it went.  And Ed installs carpets for me in some of my

4   buildings.  So one of the realtor's boyfriends initially

5   approached me with it, and then I went to her with it and

6   said "What are you talking about?"  And then she told me

7   that she heard through this woman that I was getting

8   indicted for bank fraud.

9      Q.  And when you say through this woman, this is the

10  woman in the East Boston Citizens branch?

11     A.  Correct.

12     Q.  So that Peggy told you that the woman from the East

13  Boston branch had told her that?

14     A.  Yes.

15     Q.  And you told Peggy that's not true?

16     A.  Absolutely.

17     Q.  Did you say anything else to Peggy?

18     A.  Yeah, Ed better get finished on 197's carpets.  I

19  was pretty upset that he actually took a deposit from me

20  and didn't finish installing carpets on a basement floor.

21     Q.  197?

22     A.  Bunker Hill Street.

23     Q.  Anything else between you and Peggy discussed?

1   A.   How upset I was.  I mean I was upset the fact that

2  she was saying I was being indicted for bank fraud when I

3  was suspended and that I was terminated and now I'm being

4  indicted.

5   Q.   No, no, I'm sorry.

6   A.   I mean that's what I said to Peggy.  I said,

7  "Peggy, it's not indictments.  What's happening is there's

8  an investigation; something's going on, I don't know, but

9  I'm not being indicted," and when one realtor talks, they

10 all talk, and now that affects me getting mortgages from

11 these people, from the realtors who I rely on to make my

12 livelihood with.

13   Q.   Were there other realtors that you're aware were

14 talking about this other than Peggy?

15   A.   There was one from Revere but I can't remember her

16 name.  I can't remember her name off the top of my head.

17   Q.   What did she say?

18   A.   The same thing, that she heard a rumor that I was

19 being indicted for bank fraud.

20   Q.   She said the same thing to you?

21   A.   Yes.

22   Q.   Did she tell you how she learned about that?

23   A.   She just said she heard it.

1    Q.   She didn't tell you where?

2    A.   No.

3    Q.   What did you say in response?

4    A.   That's bull shit.

5    Q.   Anyone else, any other realtors or just those two?

6    A.   Well, after that happened my phone stopped ringing.

7    Q.   I'm sorry, the question is any other realtors other

8  than --

9    A.   That approached me at that time, no.

10   Q.   At any other time that approached you?

11   A.   Not that I can remember right now.

12   Q.   Did anyone ever tell you that you were going to be

13 denied certain business because of that rumor?

14   A.   My phone stopped ringing.  I make my livelihood

15 with realtors sending me business, and then when someone

16 starts telling me, not just one but a second person tells

17 me that I'm being indicted on bank fraud and someone from

18 Citizens Bank in East Boston told her that, then that

19 affects my livelihood.

20   Q.   Did anyone ever tell you that they were denying you

21 business because of that rumor?

22   A.   No one ever said that.

23   Q.   Other than your phone stopping ringing as you've

1    Q.   That there were several calls made from the same

2  person who works for Bert, Ellen told you that?

3    A.   I don't know if the several calls happened several

4  times trying to get an answer from one person or several

5  calls from different people, I can't decipher.

6    Q.   And you already told me about those calls, that

7  they just were trying to determine if your husband, Robert,

8  was working at GMAC, is that correct?

9    A.   Yes, if he accepted employment.

10    Q.   Did she tell you anything else about those calls?

11    A.   She asked me why they would be doing that.  He

12  didn't apply for a job.

13    Q.   Did she ask you anything else about those calls or

14  tell you anything else about those calls?

15    A.   I can't remember.

16    Q.   All right.  Anything else that makes you believe

17  that Citizens interfered or attempted to interfere with

18  your employment at GMAC?

19    A.   Several of their employees were out there telling

20  real estate brokers that I was under investigation and not

21  to do business with me because they would be investigated

22  too, and that interfered with my employment because it was,

23  you know, a lot of lost business in the first couple of

1  months.  Very damaging to my reputation too, not to say the

2  least.

3      Q.  How do you know that Citizens employees told

4  brokers that?

5      A.  I was told.

6      Q.  Who told you?

7      A.  Javier Pico told me.

8      Q.  Anybody else tell you?

9      A.  Yes, there were several brokers who told me.  Karen

10  from Carmichael Real Estate, she sticks out in my mind,

11  Danielle Felice, Rosemary Galindo, a couple more that I

12  can't really recall.

13      Q.  All right, what's Karen's last name?

14      A.  I have no idea.

15      Q.  She's at Carmichael Real Estate presently?

16      A.  Yes, mm-hmm.

17      Q.  Where is that located?

18      A.  You know what, I don't know, maybe Revere.

19      Q.  Danielle Felice, Rosemary Galindo?

20      A.  Yes, she's a broker at RE/MAX.

21      Q.  Where is Danielle Felice?

22      A.  I don't know.  I don't know if she even does real

23  estate any more.  Someone told me she's doing appraisals

1  now.

2      Q.  Did Karen, Rosemary or Danielle tell you who they

3  spoke to at Citizens?

4      A.  Oh, yes.

5      Q.  What did they say?

6      A.  Victoria Noel.

7      Q.  So which of those three people told you they had

8  spoken with Victoria Noel?

9      A.  Javier Pico.

10     Q.  I'm sorry, but did Karen, Danielle or Rosemary say

11 that they had spoken to Victoria Noel?

12     A.  I don't remember who spoke to who.  The one that

13 stands out in my mind is Pico speaking directly to Victoria

14 Noel.

15     Q.  Do you know whether Karen, Danielle or Rosemary

16 told you who at Citizens they had spoken with?

17     A.  Victoria Noel's name was mentioned.

18     Q.  By who?

19     A.  Pico, Steve Rousell, it might have been Karen.  I

20 don't want to guess.  I don't remember which person went

21 with what, but I remember who the people were at Citizens.

22     Q.  Okay, Victoria Noel and Steve Rousell are two of

23 the people?

```
 1       A.   Yes.

 2       Q.   Anyone else?

 3       A.   Um, John Allard.

 4       Q.   John Allard?

 5       A.   Yes.

 6       Q.   Who is John Allard?

 7       A.   Victoria Noel's boyfriend who also worked at

 8  Citizens.

 9       Q.   Anyone else?

10       A.   That's all I can think of right now.

11       Q.   Do you know what job John Allard did?

12       A.   Yes, loan officer.

13       Q.   He was a loan officer?

14       A.   Mm-hmm.

15       Q.   Do you remember what office?

16       A.   Woburn, Mike Diranian.

17       Q.   Do you know when -- strike that.

18            Since you can't link up who told you that

19  Noel, Rousell or Allard had called, of the four people you

20  identified, Javier Pico, Karen from Carmichael Real Estate,

21  Danielle Felice and Rosemary Galindo --

22       A.   Karen's last name is DeBennedito I think.

23       Q.   Those four people, do you remember approximately
```