

DPW    Document 54-3    Filed 08/2

# EXHIBIT 2

1   Q. Obviously this was after your termination. How
2 long after your termination did Steve Rousell call you?
3   A. A few months.
4   Q. A few months. Other than saying I heard you were
5 getting in trouble, did he say anything else?
6   A. Yeah, he said that Bard left or Bard's leaving or
7 something to that effect.
8   Q. Did he say anything else about what trouble he
9 thought you were getting in?
10   A. Just saying that he heard rumors that a lot of
11 realtors aren't using me any more because of myself being
12 indicted on bank fraud charges.
13   Q. Did he say how he knew that?
14   A. I believe what he said to me was that he spoke to
15 some realtors.
16   Q. Do you recall anything else about that
17 conversation?
18   A. No.
19   Q. Did you hear from anyone else relative to these
20 rumors or statements that you had been indicted or were
21 fired for bank fraud, statements of that sort?
22   A. Yes.
23   Q. What did you hear?

1  A. Francisco Espelliate.

2  Q. Now, Francisco used to be --

3  A. -- Eleanor's assistant.

4  Q. What did you hear from him?

5  A. I saw him up at the restaurant up on Route 1,
6  Bertucci's, and he said "I heard you and Eleanor are
7  getting in trouble."

8  Q. Did he say how he had heard?

9  A. No. He laughed.

10 Q. Did he indicate what he meant by getting in
11 trouble?

12 A. With Citizens Bank is what he said.

13 Q. Did he indicate what type of trouble?

14 A. No.

15 Q. Any other reasons why you believe that Citizens
16 made statements concerning being indicted, you being
17 indicted for bank fraud or being fired for bank fraud?

18 A. Well, all the, Ed Martinez -- there was a big
19 connection of realtors inside of East Boston, and they all
20 kind of use the same people. When I say same people, you
21 know, the same lawyers, the same everybody, and I asked my
22 lawyer, I said how come, how come like Peggy's not calling
23 me or Marisol Aldana is not calling, how come Louis

1  Gonsales isn't calling, how come Rodrigues and Gould is not
2  calling, how come the phone, people just stopped calling,
3  and my attorney, Javier Pico, told me that they have all
4  been saying to him that they don't want to do business with
5  us because they heard that Citizens Bank, someone from
6  Citizens Bank said we were being indicted on bank fraud
7  charges.
8      Q.  Did Mr. Pico tell you who from Citizens had told
9  these other realtors that you were being indicted?
10     A.  I can't recall.
11     Q.  You don't recall if Mr. Pico told you that?
12     A.  If he said -- ask the question again.
13     Q.  Do you recall if Mr. Pico told you who at Citizens
14 had told the realtors that you were being indicted?
15     A.  Yes.
16     Q.  Who?
17     A.  Vicky, someone named Vicky.  She works at a bank in
18 East Boston.
19     Q.  Vicky Noel?
20     A.  That's the name.
21     Q.  Did Mr. Pico say, identify anyone else?
22     A.  That said -- from Citizens or from the realtors,
23 which is the question?