# EXHIBIT 3

1    that any loan originator had done at that point.

2    It's not unusual for that to happen.

3 Q.  So what you are telling me is that every file

4    was audited that was originated by Robert or

5    Eleanor Scalli?

6 A.  I can't say that every file was.  But a large

7    sampling was.

8 Q.  Who did that large sampling?

9 A.  Audit.

10 Q.  Who specifically did that?

11 A.  There was a team of people.  Auditors don't work

12    independently.  They work as a group.

13 Q.  Who was on the team?

14 A.  Bill McCarthy, Mike Ianetta, and there was one

15    other woman.  I don't know her name.

16 Q.  Now --

17 A.  There would be others.  Those are the only names

18    I'm aware of.

19 Q.  You have used the term, "large samplings."  How

20    many files were audited?

21 A.  I don't know an exact number.  They were big

22    producers.  They did a lot of loans.  I don't

23    know the exact number.

24 Q.  So how many loans did either Eleanor or Bob