UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
    **Plaintiffs,**
**v.**                                              **CIVIL ACTION NO.: 03CV-12413DPW**

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PLAINTIFFS' SUPPLEMENT APPENDIX IN SUPPORT OF RESPONSE**</u>
<u>**TO DEFENDANT'S REPLY BRIEF**</u>

Appendix
<u>Exhibit No.</u>    <u>Description</u>

1. Excerpts from the deposition of Eleanor Scalli, Vol. II;
2. Excerpts from the deposition of Robert Scalli;
3. Excerpts from the deposition of Joyce Hicks;
4. Excerpts from the deposition of Robert Scalli, Vol. II;