UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************
**ELEANOR SCALLI, and,**
**ROBERT SCALLI**
    **Plaintiffs,**
v.                                                    CIVIL ACTION NO.: 03CV-12413DPW

**CITIZENS FINANCIAL GROUP, INC.**
    **Defendant.**
*****************************************

## AFFIDAVIT OF NICHOLAS J. DI MAURO

I, Nicholas J. Di Mauro, being duly sworn and on oath hereby depose and state the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I am a member of the Massachusetts Bar in good standing.

3. I have an office (Law Offices of Nicholas J. Di Mauro) located at 111 South Bedford Street, Suite 208 Burlington, Massachusetts 01803.

4. I represent the Plaintiff, Robert Scalli in the above-captioned matter. I make this affidavit in support of the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment.

5. I hereby certify that the deposition excerpts and exhibits cited in the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment and submitted herewith in the Supplemental Appendix are true and accurate copies of these excerpts.

6. Submitted herewith as Exhibit 1 to the Supplemental Appendix to the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment are excerpts from the deposition of Eleanor Scalli, Vol. II.

7. Submitted herewith as Exhibit 2 to the Supplemental Appendix to the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment are excerpts from the deposition of Robert Scalli.

8. Submitted herewith as Exhibit 3 to the Supplemental Appendix to the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment are excerpts from the deposition of Joyce Hicks.

9. Submitted herewith as Exhibit 4 to the Supplemental Appendix to the Plaintiffs' Response to Reply Brief in Support of Opposition to Motion for Summary Judgment are excerpts from the deposition of Robert Scalli, Vol. II.

Signed under the pains and penalties of perjury this 25th day of August, 2005.

/s/ Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro