UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELEANOR SCALLI, and,
ROBERT SCALLI
    Plaintiffs,

v.                                  CIVIL ACTION NO.: 03CV-12413DPW

CITIZENS FINANCIAL GROUP, INC.
    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE
TO FILE RESPONSE TO REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), the Plaintiffs hereby request leave to respond to Defendant's Reply Memorandum. As grounds for this assented-to motion, Plaintiffs state that a reply is necessary to respond to the incomplete legal arguments and Defendant's failure to meet its burden to show that there is no genuine issue as to any material fact and will assist the Court with its decision.

          Respectfully submitted,
          By the Plaintiffs,
          Eleanor Scalli and Robert Scalli
          By their attorneys,

/s/ Mark E. Burke
_____
Mark E. Burke – BBO#556166
Law Office of Mark E. Burke
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

/s/ Nicholas J. Di Mauro
_____
Nicholas J. Di Mauro – BBO#564241
Law Offices of Nicholas J. Di Mauro
111 South Bedford Street, Suite 208
Burlington, Massachusetts 01803
(781) 273-3801

1

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Plaintiff has spoken to counsel for Defendant and Defendant has assented to this motion.

                              */s/ Mark E. Burke*
                              _____
                              Mark E. Burke