```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ELEANor SCALLI and ) | |
| ROBERT SCALLI, ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 03-12413-DPW |
| ) | |
| CITIZENS FINANCIAL ) | |
| GROUP, INC., ) | |
|     Defendant. ) | |

### JUDGMENT

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated February 28, 2006, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiffs.**


                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

 DATED: February 28, 2006