UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELEANOR SCALLI and ROBERT SCALLI,

Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC.,

Defendant.

Civil Action No. 03-12413-DPW

### AFFIDAVIT OF BRADFORD J. SMITH IN SUPPORT OF CITIZENS FINANCIAL GROUP, INC.'S BILL OF COSTS

I, Bradford J. Smith, hereby declare as follows:

1. I am one of the attorneys who represented Citizens Financial Group, Inc. ("Citizens") in the above-captioned case.

2. Rule 54(d)(1) of the Federal Rules of Civil Procedure states in relevant part that: "costs . . . shall be allowed as of course to the prevailing party unless the Court otherwise directs." For purposes of Rule 54(d), a "prevailing party" is "a party in whose favor a judgment is entered." *See* District of Massachusetts Procedures for Filing the Bill of Costs at 1.

3. On February 28, 2006, the Court granted Citizens' Motion for Summary Judgment in its entirety, and entered final judgment for Citizens in this case. Accordingly, Citizens is the "prevailing party" pursuant to Rule 54(d). Citizens now seeks recovery of the costs it incurred in successfully litigating this case.

4. The amounts which Citizens claims here and to which it is entitled under Rule 54(d) and 28 U.S.C. § 1920 are as follows:

|  |  |
|---|---|
| Fees of the Court Reporter............................... | $7,506.40 |
| Fees for Service of Summons and Subpoenas......... | $846.00 |
| Fees for Printing and Copying........................... | $844.05 |
| **TOTAL**................................... | $9,196.45 |

5. These categories of costs are discussed individually below. Copies of the invoices are attached, except for the cost of photocopying. Photocopying costs are based on Goodwin Procter LLP's and Bowne Business Solutions/Williams Lea standard photocopying rate of $.15 per page for black and white photocopies.

6. The above list of costs is by no means exhaustive of all expenses incurred by Citizens in defending this matter and which are taxable against Plaintiffs under 29 U.S.C. § 1920. Rather, Citizens has claimed only those items to which it is unquestionably entitled under the law and for which expenses could be ascertained with "reasonable certainty."

7. Pursuant to 28 U.S.C. § 1920, I, or persons under my supervision, have reviewed each item claimed in this Bill of Costs and determined that each such item is correct and has been necessarily incurred in this case.

**Fees of the Court Reporter**

8. Title 28 U.S.C. § 1920(2) authorizes the Court to tax the costs of deposition transcripts "necessarily" obtained by Citizens for use in this case. Citizens took depositions only of persons whom Citizens reasonably believed would be called as witnesses or provide information intrical to this action. Accordingly, Citizens took the depositions of the two Plaintiffs, Eleanor and Robert Scalli, and their assistant Luis Riascos. Citizens also incurred charges for transcripts of the depositions noticed by the Plaintiffs. The Plaintiffs took the

depositions of Citizens employees and third parties in this case. This includes the depositions of Stephen Adamo, Barden Conn, Michael Diranian, Tara Tribelli-Gallone, Joyce Hicks, Steven Roussel and Elizabeth Walsh. Citizens necessarily obtained transcripts of the depositions at the time they were taken and claims the costs of the deposition transcripts for each of these witnesses.

9. Court Reporter fees can also be taxed costs. *See* 28 U.S.C. § 1920. Accordingly, Citizens has included these associated costs.

Pursuant to 28 U.S.C. § 1929(2) and Rule 54(d)(1), Citizens claims $7,506.40 in this case for deposition transcripts and court reporter fees. *See* Exhibit 1 (invoices concerning these fees).

**Fees for Service of Subpoenas**

10. Under 28 U.S.C. § 1920, Citizens may claim as costs for fees for service of summons and subpoenas if it was reasonable for Citizens to believe that documents or testimony were necessary at the time sought.

11. Pursuant to 28 U.S.C. § 1920, Citizens claims $846.00 as the total amount of its fees for services of summons and subpoenas. *See* Exhibit 2 (invoices concerning these fees).

**Fees for Printing and Copying**

12. Under 28 U.S.C. § 1920(3) and (4), Citizens may claim costs for printing and photocopying expenses reasonably necessary for use in this case. Citizens thus claims $844.05 as the cost of photocopying performed in connection with the following necessary activities: producing discovery documents and filing motions, memorandum in support, appendices to motions and other pleadings.

LIBB/1412531.1

13. Citizens believes that all the copies were reasonable in view of the volume of documents generated by discovery, were relevant for summary judgment and would have been relevant for trial. Over the course of this litigation, copies were made either in-house by Goodwin Procter LLP, Bowne Business Solutions/ Williams Lea or by outside vendors. However, the records for copying costs are not precise enough to determine recoverable costs corresponding to each particular pleading document. Therefore, the number of copies have been conservatively summarized in Exhibit 3 in an effort to fairly eliminate any non-recoverable costs associated with extra copies of legal research materials, correspondence and pleadings made for the convenience of attorneys. The breakdown provided in Exhibit 3 details the costs of recoverable copies in this litigation. Citizens thus claims $844.05 as its fees for exemplification copies and printing of papers necessarily obtained in this case.

14. Citizens believes that all of these copies were reasonable in view of the volume of documents generated by discovery, were relevant for summary judgment and would have been relevant at trial.

**Total Costs**

15. The total amount of costs claimed by Citizens under Rule 54(d)(1) and 28 U.S.C. § 1920 is $9,196.45. This amount, while substantially less than the total cost of successfully defending this action, represents the costs necessarily incurred by Citizens and taxable against the Plaintiff under controlling law. I, or persons under my supervision, have reviewed the costs requested by Citizens for accuracy and state that they are true and accurate to the best of my knowledge and belief. Accordingly, I respectfully request that the Court award Citizens $9,196.45 as their cost of suit.

LIBB/1412531.1

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Signed under the penalties of perjury this 12th day of April, 2006.

/s/ Bradford J. Smith

Bradford J. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2006.

/s/ Bradford J. Smith
Bradford J. Smith