# EXHIBIT 1

# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**BILL TO**

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 2/1/2005 | 5977 |

REPORTER: Jeanne M. Bramanti

CASE: Scalli v. Citizens Financial

DEPONENT: Joyce Ann Hicks

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Tuesday, December 7, 2004, at the Law Office of Mark E. Burke: | 122 | 2.50 | 305.00 |
| Mini/Index | | 25.00 | 25.00 |
| Postage and handling: | | 10.00 | 10.00 |

**Total** $340.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**BILL TO**

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 2/28/2005 | 6058 |

**REPORTER**  Robert M. Bramanti

**CASE**  Scalli v. Citizens Financial

**DEPONENT**  Joyce Ann Hicks, Vol. II.

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Thursday, February 10, 2005, at the offices of Mark Burke: | 214 | 2.50 | 535.00 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Delivered by courier: | | 12.00 | 12.00 |

**Total**  $597.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR  
WEYMOUTH, MA 02189  
PHONE: 781-335-6791  
FAX: 781-335-7911  

INVOICE # 95976

FED ID: 04-3583506

Goodwin Procter, LLP  
Bradford J. Smith, Esq.  

Exchange Place  
Boston, MA 02109  

smitk  
3  
02/28/2005

| DEPOSITION OF: | Eleanor Scalli | | TAKEN ON 02/15/2005 |
|---|---|---|---|

RE: Eleanor & Robert Scalli VS Citizens Financial Group

| | | |
|---|---|---|
| 169 PAGES @ $3.15 | $532.35 | |
| DELIVERY SERVICE | $7.00 | |
| PAYMENT DUE............ | $539.35 | |

REMARKS:

*ORIGINAL*

---

LEAVITT REPORTING, INC.  
1207 COMMERCIAL STREET, REAR, WEYMOUTH, MA 02189

Goodwin Procter, LLP  
Bradford J. Smith, Esq.

Exchange Place  
Boston, MA 02109

FED ID. 04-3583506  
INVOICE # 95976  
smitk  
3  
02/28/2005

| DEPOSITION OF: | Eleanor Scalli | | TAKEN ON 02/15/2005 |
|---|---|---|---|

RE: Eleanor & Robert Scalli VS Citizens Financial Group

| | | |
|---|---|---|
| 169 PAGES @ $3.15 | $532.35 | |
| DELIVERY SERVICE | $7.00 | |
| PAYMENT DUE.......... | $539.35 | |

REMARKS:

To insure proper credit, please detach the "RETURN WITH PAYMENT" portion and return with your remittance.

*RETURN WITH PAYMENT*

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR  
WEYMOUTH, MA 02189  
PHONE: 781-335-6791  
FAX: 781-335-7911  

FED ID: 04-3583506  

INVOICE # 96270

Goodwin Procter, LLP  
Bradford J. Smith, Esq.  

Exchange Place  
Boston, MA 02109  

smitk  
10  
04/22/2005  

| DEPOSITION OF: | Eleanor Scalli | | TAKEN ON 04/12/2005 |

RE: Eleanor & Robert Scalli VS Citizens Financial Group

| | | |
|---|---|---|
| 134 PAGES @ $3.15 | | $422.10 |
| DELIVERY SERVICE | | $7.00 |
| MINI/INDEX/DISK | | $150.00 |
| PAYMENT DUE............ | | $579.10 |

REMARKS: Dirty Disk $150.00

*ORIGINAL*

---

LEAVITT REPORTING, INC.  
1207 COMMERCIAL STREET, REAR, WEYMOUTH, MA 02189

Goodwin Procter, LLP  
Bradford J. Smith, Esq.  

Exchange Place  
Boston, MA 02109  

FED ID. 04-3583506  
INVOICE # 96270  
smitk  
10  
04/22/2005  

DEPOSITION OF: Eleanor Scalli           TAKEN ON 04/12/2005

RE: Eleanor & Robert Scalli VS Citizens Financial Group

134 PAGES @ $3.15           $422.10  
DELIVERY SERVICE            $7.00  
MINI/INDEX/DISK             $150.00  

PAYMENT DUE..........       $579.10  

REMARKS: Dirty Disk $150.00

To insure proper credit, please detach the "RETURN WITH PAYMENT" portion and return with your remittance.  
*RETURN WITH PAYMENT*

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR
WEYMOUTH, MA 02189
PHONE: 781-335-6791
FAX: 781-335-7911

INVOICE # 96036

FED ID: 04-3583506

Goodwin Procter, LLP
Bradford J. Smith, Esq.

Exchange Place
Boston, MA 02109

smitk
10
03/10/2005

**DEPOSITION OF:**   Robert Scalli                     TAKEN ON 03/01/2005

RE:  Eleanor & Robert Scalli VS Citizens Financial

|  | | |
|---|---|---|
| 152  PAGES @  $3.15 | $478.80 |
| DELIVERY SERVICE | $7.00 |
| PAYMENT DUE............ | $485.80 |

**REMARKS:**

*ORIGINAL*

---

LEAVITT REPORTING, INC.
1207 COMMERCIAL STREET, REAR, WEYMOUTH, MA 02189

Goodwin Procter, LLP
Bradford J. Smith, Esq.

Exchange Place
Boston, MA 02109

FED ID. 04-3583506
INVOICE # 96036
smitk
10
03/10/2005

**DEPOSITION OF:**   Robert Scalli                     TAKEN ON 03/01/2005

RE:  Eleanor & Robert Scalli VS Citizens Financial

152  PAGES @  $3.15        $478.80
DELIVERY SERVICE           $7.00

PAYMENT DUE..........       $485.80

**REMARKS:**

To insure proper credit, please detach the "RETURN WITH PAYMENT" portion and return with your remittance.

*RETURN WITH PAYMENT*

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR  
WEYMOUTH, MA 02189  
PHONE: 781-335-6791  
FAX: 781-335-7911  

INVOICE # 96312

FED ID: 04-3583506

Goodwin Procter, LLP  
Bradford J. Smith, Esq.  

Exchange Place  
Boston, MA 02109  

smitk  
10  
05/04/2005  

| DEPOSITION OF: | Vol. II, Robert Scalli | | TAKEN ON 04/13/2005 |

RE: Eleanor & Robert Scalli V Citizens Financial

| | 108   PAGES @   $3.15 | $340.20 |
| | DELIVERY SERVICE | $7.00 |

| | PAYMENT DUE............ | $347.20 |

REMARKS:

*ORIGINAL*

---

LEAVITT REPORTING, INC.  
1207 COMMERCIAL STREET, REAR, WEYMOUTH, MA 02189

Goodwin Procter, LLP  
Bradford J. Smith, Esq.  

Exchange Place  
Boston, MA 02109  

FED ID. 04-3583506  
INVOICE # 96312  
smitk  
10  
05/04/2005  

DEPOSITION OF:   Vol. II, Robert Scalli          TAKEN ON 04/13/2005

RE: Eleanor & Robert Scalli V Citizens Financial

108   PAGES @   $3.15          $340.20  
DELIVERY SERVICE                $7.00  

PAYMENT DUE..........           $347.20

REMARKS:

To insure proper credit, please detach the "RETURN WITH PAYMENT" portion and return with your remittance.  
*RETURN WITH PAYMENT*

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

BILL TO

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 4/8/2005 | 6222 |

REPORTER   Jeanne M. Bramanti

CASE   Scalli v. Citizens Financial

DEPONENT   Barden Kennet Conn

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Wednesday, March 2, 2005, at the offices of Mark E. Burke: | 114 | 2.50 | 285.00 |
| Mini/Index | | 35.00 | 35.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**   $332.00

Thank you for your business!

Terms:  Payable upon receipt.  1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**BILL TO**

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 4/14/2005 | 6245 |

**REPORTER**   Susan L. Prokopik

**CASE**  Scalli v. Citizens Financial            **DEPONENT**   Barden Conn, Volume II

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Thursday, March 31, 2005, at the Law Offices of Mark E. Burke: | 218 | 2.50 | 545.00 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**   $607.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

# LEAVITT REPORTING, INC.

1207 COMMERCIAL STREET, REAR  
WEYMOUTH, MA 02189  
PHONE: 781-335-6791  
FAX: 781-335-7911  

FED ID: 04-3583506

INVOICE # 96302

Goodwin Procter, LLP  
Anne Gaeta, Esq.  

Exchange Place  
Boston, MA 02109

gtann  
3  
05/04/2005

| DEPOSITION OF: | Luis Riascos | | TAKEN ON 04/25/2005 |

RE: Eleanor & Robert Scalli VS Citizens Financial

    123    PAGES @ $3.15    $387.45

    DELIVERY SERVICE    $7.00

    PAYMENT DUE............    $394.45

REMARKS:

*ORIGINAL*

---

LEAVITT REPORTING, INC.  
1207 COMMERCIAL STREET, REAR, WEYMOUTH, MA 02189

Goodwin Procter, LLP  
Anne Gaeta, Esq.

Exchange Place  
Boston, MA 02109

FED ID. 04-3583506  
INVOICE # 96302  
gtann  
3  
05/04/2005

DEPOSITION OF:    Luis Riascos    TAKEN ON 04/25/2005

RE: Eleanor & Robert Scalli VS Citizens Financial

    123    PAGES @ $3.15    $387.45

    DELIVERY SERVICE    $7.00

    PAYMENT DUE..........    $394.45

REMARKS:

To insure proper credit, please detach the "RETURN WITH PAYMENT" portion and return with your remittance.

*RETURN WITH PAYMENT*

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

BILL TO

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 5/17/2005 | 6383 |

REPORTER   Kathleen Gardner

CASE  Scalli v. Citizens Finnancial     DEPONENT   Elizabeth M. Walsh

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Tuesday, April 26, 2005, at the Law Offices of Mark E. Burke: | 169 | 2.50 | 422.50 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**    $484.50

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**BILL TO**

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 7/7/2005 | 6637 |

**REPORTER**  Deborah S. Gutierrez

**CASE**  Scalli v Citizens

**DEPONENT**  Elizabeth M. Walsh, Da...

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Wednesday, June 15, 2005, at the Law Offices of Mark E. Burke: | 157 | 2.50 | 392.50 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |



JUL - 8 2005
ANNE M. GAETA
GOODWIN, PROCTOR & HOAR LLP

**Total**  $454.50

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel:  617.723.7321
Fax: 617.723.7322

BILL TO

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 5/23/2005 | 6420 |

| | |
|---|---|
| REPORTER | Deborah S. Gutierrez |
| DEPONENT | Tara Tribelli-Gallone |

CA...   Scalli v. Citizens Financial

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Wednesday, April 20, 2005, at the Law Offices of Mark E. Burke: | 179 | 2.50 | 447.50 |
| Mini/Index | | 35.00 | 35.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**       $494.50

Thank you for your business!

Terms:  Payable upon receipt.  1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

BILL TO

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 5/31/2005 | 6464 |

| | | |
|---|---|---|
| | REPORTER | Susan L. Prokopik |
| CASE  Scalli v. Citizens | DEPONENT | Steven Roussel |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Tuesday, May 17, 2005 at the Law offices of Mark E. Burke. | 278 | 2.50 | 695.00 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**     $757.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

# Bramanti & Lyons Court Reporting, Inc.

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

**BILL TO**

Anne M. Gaeta, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 6/1/2005 | 6472 |

**REPORTER**   Michele Tremblay

**CASE**  Scalli v. Citizens

**DEPONENT**   Michael C. Diranian

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Thursday, May 28, 2005, at the Law Office of Mark E. Burke. | 250 | 2.50 | 625.00 |
| ASCII/Mini/Index | | 50.00 | 50.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**   $687.00

Thank you for your business!

Terms:  Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.

**Bramanti & Lyons Court Reporting, Inc.**

Tax ID 04-3547665

92 State Street, 8th Floor
Boston, Massachusetts 02109
Tel: 617.723.7321
Fax: 617.723.7322

BILL TO

Bradford J. Smith, Esq
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

| DATE | INVOICE # |
|---|---|
| 6/9/2005 | 6534 |

REPORTER   Jeanne M. Bramanti

CASE  Scalli v. Citizens

DEPONENT   Stephen E. Adamo

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| For one transcript of the deposition taken on Friday, April 15, 2005 at the Law office of Mark E. Burke. | 144 | 2.50 | 360.00 |
| Mini/Index | | 35.00 | 35.00 |
| Postage and handling: | | 12.00 | 12.00 |

**Total**   $407.00

Thank you for your business!

Terms: Payable upon receipt. 1 1/2% per month service charge will be applied to all balances outstanding over 30 days.