# EXHIBIT 2

**DHR & ASSOCIATES**
**357 CAMBRIDGE STREET**
**CAMBRIDGE, MA 02141**
(617)868-6733

| | | |
|---|---|---|
| RE: | Eleanor Scalli, et al, Plaintiffs | DATE: 04/01/05 |
| VS: | Citizens Financial Group, Inc., Defendant | |
| Docket: | 03-12413 (DPW) | |
| TO: | Francis Kelleher, Esquire<br>Goodwin Procter, LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109-2881 | INVOICE: 52431<br>PAGE: 1 |

| DATE | TYPE OF SERVICE | SERVICE FEE | WITNESS FEE | TOTAL |
|---|---|---|---|---|
| 03/30/05 | Attempted service of Federal Deposition Subpeona on Luis Riascos..................WINTHROP* | $ 48.00 | $ - | $ 48.00 |
| 03/31/05 | Attempted service of Federal Deposition Subpeona on Luis Riascos..................WINTHROP | $ - | $ - | $ - |
| 04/01/05 | Served Federal Deposition Subpoena on Luis Riascos..................WINTHROP | $ 38.00 | $ 48.00 | $ 86.00 |

*Denotes Same Day Emergency Attempt

| | TOTAL: | $ 86.00 | $ 48.00 | $ 134.00 |
|---|---|---|---|---|
| | AMOUNT NOW DUE | | | $ 134.00 |

**PAYMENT DUE UPON RECEIPT. THANK YOU**
TAX ID #04-3133518

**DHR & ASSOCIATES**
**357 CAMBRIDGE STREET**
**CAMBRIDGE, MA 02141**
(617)868-6733

| | | | |
|---|---|---|---|
| **RE:** | Eleanor Scalli, Plaintiff | **DATE:** | 04/15/05 |
| **VS:** | Citizens Financial Group, Inc., Defendant | | |
| **Docket:** | 03-12413-DPW | | |
| | | | |
| **TO:** | Francis Kelleher, Esquire | **INVOICE:** | 52632 |
| | Goodwin Procter, LLP | **PAGE:** | 1 |
| | Exchange Place, 53 State Street | | |
| | Boston, MA  02109-2881 | | |

| DATE | TYPE OF SERVICE | SERVICE FEE | WITNESS FEE | TOTAL |
|---|---|---|---|---|
| 04/14/05 | Served Federal Deposition Subpoena on Javier Pico, Esq..................BOSTON | $ 30.00 | $ 47.00 | $ ~~77.00~~ |
| 04/14/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice....................MALDEN | $ 35.00 | $   - | $ 35.00 |
| 04/15/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice....................MALDEN | $ 35.00 | $   - | $ 35.00 |

*018415 - 141198*

| | | | |
|---|---|---|---|
| **TOTAL:** | | $ 100.00   $ 47.00 | $ 147.00 |
| **AMOUNT NOW DUE** | | | $ 147.00 |

**PAYMENT DUE UPON RECEIPT. THANK YOU**
**TAX ID #04-3133518**

**DHR & ASSOCIATES**
**357 CAMBRIDGE STREET**
**CAMBRIDGE, MA 02141**
(617)868-6733

| | | |
|---|---|---|
| **RE:** | Eleanor Scalli, Plaintiff | **DATE:** 04/26/05 |
| **VS:** | Citizens Financial Group, Inc., Defendant | |
| **Docket:** | 03-12413-DPW | |
| | | |
| **TO:** | Francis Kelleher, Esquire | **INVOICE:** 52797 |
| | Goodwin Procter, LLP | **PAGE:** 1 |
| | Exchange Place, 53 State Street | |
| | Boston, MA 02109-2881 | |

| DATE | TYPE OF SERVICE | SERVICE FEE | WITNESS FEE | TOTAL |
|---|---|---|---|---|
| 04/14/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................MALDEN | $ 35.00 | $ - | $ 35.00 |
| 04/15/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 40.00 | $ - | $ 40.00 |
| 04/16/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 40.00 | $ - | $ 40.00 |
| 04/19/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 40.00 | $ - | $ 40.00 |
| 04/20/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 40.00 | $ - | $ 40.00 |
| 04/21/05 | Attempted service of Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 40.00 | $ - | $ 40.00 |
| 04/26/05 | Served Federal Deposition Subpoena on Danielle Felice.................PEABODY | $ 50.00 | $ 55.00 | $ 105.00 |
| 04/26/05 | Early morning stake-out for witness Danielle Felice.................PEABODY ($75 per hour - 3 hour minimum) | $ 225.00 | $ - | $ 225.00 |
| | **TOTAL:** | $ 510.00 | $ 55.00 | $ 565.00 |

**AMOUNT NOW DUE** $ 565.00

**PAYMENT DUE UPON RECEIPT. THANK YOU**
TAX ID #04-3133518