# EXHIBIT 3

## Fees for Printing and Copying

*Production of Documents to Plaintiffs*

During the course of discovery, Defendant produced 4,127 documents to Plaintiffs. Defendant bates labeled all documents produced to Plaintiffs. Therefore, Defendant was able to determine the number of documents produced to Plaintiffs based on the bates label numbers used for this matter. Each document costs $.15 to copy. Therefore, the total cost for copying these documents was $619.05.

*Motion for Summary Judgment and Related Documents*

Defendant filed its motion for summary judgment and related documents[1] electronically. However, Defendant also provided the Court with a courtesy copy of these documents. Defendant estimates that these copies totaled approximately 1,500 documents. Each document costs $.15 to copy. Therefore, the total cost for copying these documents was $225.00.

*Total Fees for Printing and Copying*

Fees for production of documents to Plaintiffs ($619.05) and fees associated with the motion for summary judgment and related documents ($225.00) total $844.05.

LIBB/1418502.1

---

[1] "Related documents," including, without limitation, Defendant's Memorandum in Support of its Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, the appendix to Defendant's Statement of Undisputed Material Facts, Defendant's Reply Memorandum and appendix, and various motions to strike that Defendant filed in response to affidavits filed by Plaintiffs.