UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELEANOR SCALLI and ROBERT SCALLI, Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 03-12413-DPW |
| CITIZENS FINANCIAL GROUP, INC., Defendant. | ) | |

**MEMORANDUM AND ORDER RE: BILL OF COSTS**

WOODLOCK, D.J.

On February 28, 2006, Judgment entered for the Defendant upon the grant of the Defendant's Motion for Summary Judgment. On April 12, 2006, Defendant submitted a request for Bill of Costs (#60) and Affidavit of Bradford J. Smith in support of defendant's Bill of Costs, seeking reimbursement for the fees for service of subpoenas, fees of the Court Reporter, and fees for printing, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, and 28 U.S.C. §1920.

Defendant has made the requisite declaration that the costs sought were correct and were necessarily incurred in connection with the Summary Judgment motions, and are therefore recoverable by the Defendant, as a prevailing party. Defendant seeks reimbursement for costs in the amount of $7,506.40 for transcripts of the Court Reporter, $846.00 for service of subpoenas, and $844.05 for printing, as evidenced by attached copies of invoices and an itemization of costs on each case. To date, Plaintiff has filed no opposition with the Court.

Defendant has provided sufficient explanation to warrant the award of costs at this time,

pursuant to 28 U.S.C. §1920, as to service of subpoenas and printing costs, however, Defendant is entitled purely to the costs of the transcript, and not the costs of the "Delivery Service" and/or "Postage and Handling" ($153.00), or "Mini/Index/Disk" ($580.00)[1]. Defendant has failed to show how those costs are within the purview of §1920 (2). Accordingly, Defendant is entitled to costs as follows:

| INVOICE | TRANSCRIPT FEE |
|---|---|
| 5977 | $305.00 |
| 6058 | $535.00 |
| 95976 | $532.35 |
| 96270 | $422.10 |
| 96036 | $478.80 |
| 96312 | $340.20 |
| 6222 | $285.00 |
| 6245 | $545.00 |
| 96302 | $387.45 |
| 6383 | $422.50 |
| 6637 | $392.50 |
| 6420 | $477.50 |
| 6464 | $695.00 |
| 6472 | $625.00 |
| 6534 | $360.00 |
| **TOTAL** | **$6,803.40** |

1 See the District Court's guidelines for Taxation of Costs, located on the U.S. District Court website at www.mad.uscourts.gov, indicating that "only those costs specifically mentioned in 28 U.S.C. § 1920 are taxable". Video, Daily or expedited transcript costs will not be taxable unless requested in a motion prior to commencement of trial."

## ORDER TAXING BILL OF COSTS

Based on the foregoing, the request for Bill of Costs is ALLOWED to the following extent: Costs shall be taxed against the Plaintiff in the amount of **$846.00** for service of subpoenas, **$6,803.40** for transcripts fees and **$844.05** for printing, for a total cost of **$8,493.45.**

BY THE COURT

/s/ Michelle Rynne
Deputy Clerk

Dated: July 25, 2006